Name        Jeffrey Marshall
Street Address   1243. Mayfield circle
City and County   SUISUN CITY CA 94585, SOLANO COUNTY
State and Zip Code   CA 94585
Telephone Number (707) 862-0283



FILED

IN THE UNITED STATES DISTRICT COURT

JAN 05 2026

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

Jeffrey Marshall
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Carmax Inc, Michelle Disperuale,
Jon Berwin, Michael cottrell, B. Hunter
Exeter Finance LLc., et. al, Sheriff dept
                        arikiva
                        Car maxx
*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:26-CV-0007 TLN CKD (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial:    ■ Yes    ☐ No
                *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffrey Marshall |
| Street Address | 1243. Mayfield Circle |
| City and County | Suisun City County of Solano |
| State and Zip Code | California, 94585 |
| Telephone Number | (707) 862 - 0283 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | (Michelle Dispaquale) (Terminated) |
| Job or Title (if known) | CARMAX INC., (Business office Associate Lead) |
| Street Address | 1762. San Jose court |
| City and County | Fairfield, County of Solano |
| State and Zip Code | California, 94533 |
| Telephone Number | (707) 816- 0868 |

Defendant No. 2

| | |
|---|---|
| Name | Jon Berwin |
| Job or Title (if known) | CARMAX INC., General Manager |
| Street Address | 2955. Auto Mall Parkway, |
| City and County | Fairfield, county of solano |
| State and Zip Code | California, 94533 |
| Telephone Number | (767) 430 - 0359 |

2

b. If the defendant is a corporation

The defendant, *(name)* CARMAX INC. et. al., is
incorporated under the laws of the State of *(name)*
California____, and has its principal place of
business in the State of *(name)* California____. *Or* is
incorporated under the laws of *(foreign nation)*
____, and has its principal place of
business in *(name)* Fairfield CA lifornia

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3. The Amount in Controversy $ 30,000. or Exemplary Damges,
compensatey Demges, punative Damges Sought with Damges (29m.)
The amount in controversy—the amount the plaintiff claims the defendant   29. mil
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)* Exemplorey Damages, Compensatory
demage, puntive Damage, Medical /Mental Trectment Therypy sessions,
fees, Intreat fees, Repossession costs, holding /Accurey of Vehucle cost,
Montly paymnts over 21 paymnts at 340. oo per month at 27.2% APR,
daily Intreat fees $17. oo per day for this fur 19-months of paymnts oo
more then 75,000. Dollars-cost of losses esfimate at 30,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed. On February 21, 2024 I went to cermAX Superstores
located at 2955. Automall pkwy, in fairfield CA 94533. To purchase a Mercedes
penz, between $17-$20,000 was my price range, I found a E-350, Used Mercedds
benz -W-60,000 miles, sticker price $17,998. within my price range; I paid down
$8,500. oo on my pasteco Debit card, with sheri Gri jalva cermAX's sales consultent
an I purchased comprehensive /collision throuol my AAA, card aokell, I was introduce
to (terminated) (Michelle Dispagvle) (Busines office Associate) and to Signe
D.M.V. Tranofr pap es which I did. (Terminuted) (Michelle Dispagvle)
fradulenty printed my None, and Intials, on thier company's Auto finance loan
Application for aloue of credit without my concert, permission, or Knowlege
And signed her Name as the Seller on the "California Retail Install met
contract, dated february 21, 2024, which is a fraud, onc Electronelly
processed if electronely, either via Company computer, Company fax machine,
company E-Mail address, or other electronical means using tel coommucations
devices crossing State lines to Exeter finance IN Irvine TX.

Defendant No. 3

Name — Sherri Grijalva

Job or Title
(if known) — Carmax Inc., Sales Consultant

Street Address — 2955 Automall Parkway

City and County — Fairfield, County of Solano

State and Zip Code — California, 94533

Telephone Number — (707) 430-0359 (cell # 297-9803)

Defendant No. 4

Name — Michael Cottrell

Job or Title
(if known) — not sure maby District store Manager

Street Address — 2955, Auto Mall Parkway

City and County — Fairfield County of Solano

State and Zip Code — CA 94533

Telephone Number — (707) 430-0359

## II.  Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *fraud, Defamation, slander and liable, Enter state wire fraud willful false misrepresentn in the furtherence to commit fraud using electronical communication i.e., computers, Fax Machiens, E-mail, and or any other Electronal devices used to carry out the crossing of state lines to defraud me of my money and property causing me financical damages in the Thousands of Dollars.*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* *Jeffrey Mashall*, is a citizen of the State of *(name)* *California*.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* *NONE*, is incorporated under the laws of the State of *(name)* *N/A*, and has its principal place of business in the State of *(name)* *N/A*.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) *CARMAX INC, et.al., Exeter Finance LLC, et.al.,*

    a.    If the defendant is an individual

        The defendant, *(name)* *Michelle Dispagule*, is a citizen of the State of *(name)* *California*. *Or is a citizen of (foreign nation)* *none*.

*12/23/2025*

*gr*

4

Page -5- Attachment to Complaint

1  b. (If more then one Defendant is named in the
2  Complaint, attach on Additional page providing
3  the same information for each additional
4  defendant.)

5
6  b.  The Defendant, (name) Michael Cottrell
7        (Job title if Known) DISTRICT MANAGER, CARMAX INC.
8  Street Address: 2955. AUTOMALL PKWY.
9  CITY and County: Fairfield, COUNTY OF Solano
10  State and ZipCode: California, 94533
11  Telephone Number: (707) ~~800~~-430-0359

12  b. The Defendant (name) B. HUNTER,
13  (JobTITLE) BUSINESS OFFICE ASSOCIATE
14  Street Address: 2955. AUTOMALL PKWY,
15  CITY and COUNTY: FAIRFIELD CA 94533
16  Telephone #: (707) 430-0359
17
18
19
20
21
22
23
24
25  Jeffry Marshall
26  23/
27  12/__/2025
28

-5-

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *PUNATIVE DAMAGES, Mental Anguish, Pain & Suffering, Exemplarony Damages, compensatory Damages; Rescission of contract Making the fraudulent contract "Void" Return to plaintiff all Financial losses including the $8,500. Down pay mt Auto Insurance full coverage Monthly bills paid all expenses paid o, 1 charges, tire replacements, Repossession fees, storage fees, late daily fees paid, all monthly pay mts of $340. over 21 months of pay mts, Monatorny Damage for defamatu slander, wold statements made to third parties.*

*Repurchase of vehicle, Return all monies paid 29.M*

*29.million*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Dec. 23,* 2025

Signature of Plaintiff *Jeffury Marshall*

Printed Name of Plaintiff

MR Jeffrey Marshall
1215 Mayfield circle
SUISUN City CA 94585
(707) 862-0283
12/23/2024

Re: Proced in District court w/o prepaying fees or cost.


        IN THE UNITED STATES DISTRICT
 COURTS EASTERN DISTRICT OF CALIFORNIA.


            Declaration of Jeffrey Marshall


I Jeffrey Marshall, do hereby declare under the penality
of purjury that I Truely and Honestly completed the
application to proceed in District court without
prepaying fee costs. With good cause appearing
I have attached a copy of my Golden One credit
Union monthly statement with a Zero balance in
checking, and savings account, I also provided
a second proof of Indigency Documentation 3-pages
from the Social Security Administration offices
showing my only source of money is my disability
benifits, I also provided 4-pages of Auto car montly
payment amounts paid, and current amount owed
on the forged Auto loan contract in the amount of
11, 503.00 dollars as to date. I declare that I
can not afford to pay my bills just to survive and
pay filing fees, as I am currently living below
the poverty line, and have been most of my life,
in fact all of my life.                    Respectfully,
                                          Jeffrey Marshall

        01/07/2026                            12/23/2025

1. Plaintiff Jeffrey marshall, that their is liability
2. for causes of Action which involve specific legal
3. Elements such as a claim for general Negelence
4. and fraudulent Contracts while different a
5. Single situation such as "Forgery" while different
6. entering a Contract based on false information
7. can lead to both types of Claims aganist car-
8. Max Inc, etal, and Exeter Finance LLC, who
9. basically approved a fraudulent contract.
10. General Negligence exists in this case in which
11. CARMAX's Former (Terminated) (Michelle Dispaquale)
12. (265906) and Carmax Inc, failure to exercise the
13. degree of care that a reasonable person would
14. In the same situation such as entering a
15. contract based on false information, Plaintiff
16. here aledges the duty of care specifically "legal"
17. duty of care was "owed to the plaintiff, Jeffrey
18. marshall, to act with reasonable care, in which
19. this case shows the defendants both collectively breached
20. thier duty of "Legal" care owed to me on February 21, 2024,
21. Plaintiff alledges that Carmax's and Exeter Finance LLC
22. In breaching the duty of care owed to me "legally" which
23. Ps the direct causation and actual forseable
24. financial losses over $5,000.00 in car payments alone
25. since February 21, 2024, over $1,500.00 in Reposession
26. fees, and $500.00 Dollars in impand storage fees, and
27. at 27.2% A.P.R., interes daily at $17.00 for the
28. forseable future til the contract ends.

Jeffrey Marshall  01/02/2026

# EXHIBIT

A



Proof of Indigency.        For fee Waiver
12/23/2026
                                    U.S.D.C. E.D.O. Cal.
S.S.A. Award letter
Golden One Credit Union —
Monthy Statement.
        (01-02-2025)

SOCIAL SECURITY
ADMINISTRATION
PO BOX 3600
WILKES BARRE PA 18767-3600

## Social Security Administration
## **Supplemental Security Income**
Notice of Planned Action

Date:  November 30, 2025
BNC#:  25S1160C48369 DI

ηπωτρ|ηηθτρ||ηθτη|θ|ηθλλθηθηλη|ΙΙΙηΙΙηλΙΙηηρΙΙθλη

0027097 00027097       2 AB  0.641  CN6LNA T91 P4
COLA MO1 11/23 D47
JEFFREY MARSHALL
1243 MAYFIELD CIR
SUISUN CITY CA 94585-3708



## **The SSI Payment Will Be Changed - If You Disagree With This Change, Appeal As Soon As Possible To Keep Getting The Same Payment**

We plan to lower your monthly Supplemental Security Income (SSI) payment from $243.94 to $242.94 beginning January 2026.  The amount will change because your other income increased.  You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.  The new amount includes $239.94 from the State of California.

The rest of this letter explains more about your SSI payments.  It also tells you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet(s) at the end of this letter.  The explanation shows how your income, other than any SSI payments, affects your SSI payment.  We include explanations only for months where payment amounts change.

### **When You Will Receive Your Payments**

Your bank or other financial institution will receive your monthly payment of $242.94 around January 1, 2026, and on the first of each month after that.

### **Information Used In Making The Decision**

- Even though the law provides for an increase in Supplemental Security Income payments beginning January 2026 your payment will be lowered. This is because there will be an increase in the amount of Social Security benefits in January 2026 which we must count in figuring your Supplemental Security Income payment.

See Next Page

SSA-L8155

- Our records show your total monthly income which was used to figure your Supplemental Security Income payment for January 2026 is $1,011.00. This is based on the following income:

  Your increased Social Security benefits--before any deductions for Medicare premiums-- of $1,011.00. You should receive the increased Social Security benefit about January 3, 2026. We must count the increase in your benefits for January 2026 even though we are counting your other income for November 2025.

## If You Work Or Want To Return To Work

We have a free and voluntary program called Ticket to Work that helps people who get disability benefits go to work. If you participate in this program, we may set aside review of your medical condition. Special rules may allow you to keep your Medicare or Medicaid and some or all of your disability benefits during your transition to work. Over time, you can replace your benefit payments with earnings from work. Please visit https://choosework.ssa.gov to find service providers, who will explain how work will affect your benefits and help you find, prepare for, and keep a job. For more information, contact the Ticket to Work Help Line at **1-866-968-7842 (TTY 1-866-833-2967).**

If you receive disability benefits and work, you must call us right away at **1-800-772-1213 (TTY 1-800-325-0778)** and tell us if you start or return to work. When you get SSI, you must also tell us each month if there are changes in the amount of your earnings. If you do not report your earnings and you get paid too much, you may have to repay the payments you received. When you report your earnings, we will give you a receipt to verify your report. Keep this receipt with your other important papers from us. To learn more, visit www.ssa.gov/pubs/EN-05-10095.pdf and read Working While Disabled: How We Can Help (Publication No. 05-10095). For more information on employment support programs, visit www.ssa.gov/redbook and read The Red Book - A Guide to Work Incentives and Employment Supports for People Who Have a Disability Under the Social Security Disability Insurance (SSDI) and Supplemental Security Income (SSI) Programs (Publication No. 64-030).

## Your Reporting Responsibilities

Your SSI payments may change if your situation changes. You are required to report any changes that may affect your SSI no later than 10 days after the month the change takes place.

Please call **1-800-772-1213** (TTY **1-800-325-0778**) or contact your local Social Security office to report any of the following changes:

- You start or stop work, or your wages increase or decrease
- Your bank account balance goes over $2,000.00
- You move
- Anyone else moves into or out of your household
- Someone in your household dies

SSA-L8155

**You Can Review The Information In Your Case**

The decisions in this letter are based on the law and information in our records. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations, and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "Need more help?"

**Things You Should Know**

- You may use this letter when you need proof of your SSI payment amount for other assistance programs such as rent subsidies, energy assistance, medical assistance, bank loans, or for other purposes. However, if you get another letter saying your SSI payment is changing again, use that letter instead.

- We may match computer records and share information with other Federal, State, or local government agencies. Agencies use this information to see if a person qualifies for benefits. The law allows us to use computer matching even if you do not agree. 

**If You Disagree**

If you disagree with this decision, you have the right to appeal. A person who did not make the first decision will decide the appeal. We call this appeal a reconsideration. When you appeal, we review your entire case, even the parts with which you agree. We consider any new facts we have and then make a new decision. The new decision could be more favorable, less favorable, or the same as the one you already have.

**Time To File An Appeal**

- You have 60 days to file an appeal.

- The 60 days start the day after you get this letter. We will assume you got this letter 5 days after the date on the letter, unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to file an appeal.

**If You Want To Appeal And Keep Getting The Same Payment, Appeal As Soon As Possible.**

- If you appeal within 10 days, your payment amount will not change until we decide your appeal. The 10 days start the day after you get this letter.

SSA-L8155

- You marry, separate, or divorce
- Income or resources change for you or members of your household
- Your medical condition improves
- You leave the United States and expect to be gone for a full calendar month or for 30 consecutive days
- You are in a hospital, jail, or other institution for a full calendar month
- You have a felony or arrest warrant for escape from custody, flight to avoid prosecution or confinement, or flight-escape

## Easy Ways To Report Wages

You may be able to report your wages using our automated services:

- Our free "SSA Mobile Wage Reporting" application lets you report wages on your smartphone.

- Our toll-free "SSI Telephone Wage Reporting System" lets you report wages using a touch-tone phone at **866-772-0953.**



- Our "myWageReport" tool lets you report wages securely online using a computer, tablet, or smartphone through your **my Social Security** account. Go to www.ssa.gov/myaccount to sign in or create your account.

To find out if you can use our automated services, please contact your local Social Security office.

## Information About Other Benefits

We can sometimes pay more than just SSI payments. You may be able to receive benefits from your parent's Social Security record if you meet the following rules:

- you were disabled before age 22;

- you are unmarried, and

- At least one of your parents worked long enough under the Social Security program and is entitled to retirement or disability benefits or is deceased.

If you think you meet the above rules, please contact any Social Security office to file an application for childhood disability benefits.

25S1160C48369
11/30/2025

- If you appeal after 10 days, but within 60 days, your payment may be reduced temporarily. We will restart the previous payment amount once we receive and enter the appeal. You will get the same payment amount until we decide your appeal. The 60 days start the day after you get this letter.
- If you do not want to keep getting the same payment amount while we decide your appeal, you will need to complete a form called the SSA-263. The form is available at www.ssa.gov/forms/ online. You should submit the form to us along with the appeal only if you do not want to keep getting the same payment amount while we decide your appeal.
- If you lose your appeal, you might have to pay back some or all of this money.

However, even if you appeal, we may reduce the payment shown above if both of the following are true:

- Our new decision is the same as the one you appealed, and
- We send or give you a letter with our new decision in time to reduce the payment for January 2026.



## How To Appeal

You must request the appeal in writing. You can go to www.ssa.gov/non-medical/appeal to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at www.ssa.gov/forms to locate the form. If you need help with the form, please call us.

## Office Locator

You can use our Office Locator at https://secure.ssa.gov/ICON/main.jsp to find contact information for your local field office.

There are 3 types of appeals. In most cases, you can choose the one you want.

- <u>Case Review</u>: You will not meet with the person who decides your case. You have a right to review the facts in your file. You can give us more facts to add to your file. Then we will decide your case again. This is the only kind of appeal you can have for a medical decision.

- <u>Informal Conference</u>: You will talk with the person who decides your case either in person or over the phone. You can tell that person why you disagree with our decision. If you meet with us in person, it may help your case. You have a right to review the facts in your file. You can give us more facts to add to your file. You can have other people help explain your case. Then we will decide your case again.

SSA-L8155

- **Formal Conference:**  This is a meeting like an informal conference. The difference is we can require people to come to help prove you are right.  We can require them to bring important papers about your case, even if they do not want to help you.  You can question these people at your meeting.  Then we will decide your case again.

## If You Want Help With Your Appeal

You may choose to have a representative help you.  We will work with this person just as we would work with you.  If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you receive benefits.  Others may represent you for free.  Usually, your representative may not charge a fee unless we approve it.  Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing.  You may use our Form SSA-1696 "Appointment of Representative."  Any local Social Security office can give you this form.



## Help Prevent Identity Theft

Be aware of scams through the mail, internet, telephone, or in person.  You should be careful when someone asks for personal information, like your Social Security number.  Please visit www.usa.gov/identity-theft to find out more.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271 (TTY 1-866-501-2101).**

## Need Health Insurance Or Know Someone Who Does?

Visit www.healthcare.gov or call **1-800-318-2596 (TTY 1-855-889-4325)** to learn more.

## Other Help for Older Adults and People with Disabilities

The Administration for Community Living offers older adults and people with disabilities a way to connect to a variety of community services and resources.

**For Older Adults:**  Eldercare Locator at **1-800-677-1116** or eldercare.acl.gov

**For People with Disabilities:**  Disability Information and Access Locator (DIAL) dial.acl.gov

## Need more help?

SSA-L8155

25S1160C48369
11/30/2025

## HOW WE FIGURED YOUR PAYMENT FOR January 2026 ON

### Your Payment Amount

| | |
|---|---|
| The most Federal SSI money the law allows us to pay | $994.00 |
| Minus (-) "Total income we count" (see below) | -991.00 |
| Federal SSI money | $  3.00 |
| Plus (+) the most State SSI money the law allows us to pay | +239.94 |
| We didn't subtract (-) any income from State SSI money | -  0.00 |

**Total Monthly SSI Payment
for January 2026 on**                                    $242.94

### Your Income Other Than Your SSI

Income you receive in November 2025 on affects your payment for January 2026 on

| | |
|---|---|
| January 2026 amount of Social Security benefits | $1,011.00 |
| By law we don't count $20.00 of above income | -    20.00 |

**Total income we count**                            $   991.00



25S1160C48369
11/30/2025

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY 1-800-325-0778.  Please mention this letter when you call.
3. You may also call your local office at 866-964-5021.

      SOCIAL SECURITY
      STE 220
      700 MAIN STREET
      SUISUN CITY CA 94585

                        Regional Commissioner

Enclosure(s):
How We Figured Your Payment



![Golden 1 Credit Union logo]

PO Box 3006
Monroe, WI 53566-8306

*Contact Us: 1-877-GOLDEN 1 (1-877-465-3361)*

**RETURN SERVICE REQUESTED**

## Overdraft Protection Notice

Account Number: ******6180

1001935      01 MB  0.67  **AUTO  T8 0 7036 94585-370843   -C01-P01936-I

JEFFREY MARSHALL
1243 MAYFIELD CIR
SUISUN CITY CA 94585-3708

Member Name: JEFFREY MARSHALL

Transactions Posted on: 11/28/2025

Dear JEFFREY MARSHALL,

Thank you for being a valued Golden 1 member. We're reaching out with important information about your account.

The following transfers were made from the following account(s) to cover an overdraft(s) on the date referenced above:

| Account | Suffix | Beginning Balance | Transfer Amount | Ending Balance |
|---------|--------|-------------------|-----------------|----------------|
| ******6180 | SHARE 0 | $18.94 | $18.94 | $0.00 |

The following fees were charged to your account:

| Amount | Type | Amount | Type |
|--------|------|--------|------|
| $0.00 | SHARE TRANSFER | | |

If your checking account balance is negative, please bring it to a positive balance within 45 days from the date it first became overdrawn (refer to any prior notices for the original overdraft date). Failure to do so may result in account closure and could be reported to ChexSystems.

To help you manage your account and avoid future overdrafts, we recommend these free and convenient resources (standard mobile data rates may apply):

- Enroll in Online Banking at **golden1.com** and download our Mobile Banking app for instant access to your account balances and much more.
- Explore financial wellness tools and tips at **golden1.com/financial-wellness** to help you stay on top of your finances.

For additional information, please call us at 1-877-GOLDEN 1 (1-877-465-3361).

Thank you for putting your trust in us.

Service Operations
Golden 1 Credit Union

1001935-0002038-0000001 of 0000002-C01-m1-7036-01936

Case 1:26-cv-00007-TLN-CKD     Document 1     Filed 01/05/26 GOLDEN e (207-053361)

# Golden1
## Credit Union

P.O. BOX 15966
SACRAMENTO, CA 95852-0966

## Periodic Account Statement

Account Number: 0002846180
Account Name: General

 004318 7847881 000 01 001

JEFFREY MARSHALL
1243 MAYFIELD CIR
SUISUN CITY, CA 94585-3708

Member Name: JEFFREY MARSHALL

Setup Direct Deposit and Automatic Payments using
Routing # 321175261.

---

# Go paperless

Reduce clutter. Log in to Online Banking
to enroll in Paperless Statements today.
**Golden1.com**



Insured by NCUA

---

# Savings (00)

## Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/2025 | **Beginning Balance** | **$-2.00** |
| | Deposit(s) This Period | $243.94 |
| | Withdrawal(s) This Period | $243.94 |
| 11/30/2025 | **Ending Balance** | **$-2.00** |
| | Dividends to be Paid on 12/01/2025 | $0.00 |
| | Dividends Paid to you in 2025 on Suffix 00 | $0.00 |

## Account Activity

| Post Date | Effective Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|-----------|----------------|-------------|-----------------|--------------|-------------|
| 11/01/2025 | | Beginning Balance | | | -2.00 |
| 11/26/2025 | 12/01/2025 | Deposit-ACH-1071474 SSI TREAS 310 (XXSUPP SEC) | | 243.94 | 241.94 |
| 11/28/2025 | | Withdrawal 183 Sunset Ave CSSI0 Wells Fargo Ban Suisun City CA US | -223.00 | | 18.94 |
| 11/28/2025 | | Withdrawal Overdraft transfer to ****180-S9 | -18.94 | | 0.00 |
| 11/28/2025 | | Withdrawal-Fee 28NOV ATM FEE SHARE WITHDRAWAL Trace #449222 1 @ $2.00 | -2.00 | | -2.00 |
| 11/30/2025 | | Ending Balance | | | -2.00 |

## Overdraft and Returned Item Fees

| | Total for this Period | Total Year-to-Date |
|---|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# Free Checking (09) Book No. 82921050

## Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/2025 | **Beginning Balance** | **$18.28** |
| | Deposit(s) This Period | $20.04 |

## ERROR RESOLUTION RIGHTS

**Billing-Error Rights** (Golden Reserve, Golden Line, and Cash Reserve Lines of Credit only)

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:

**Golden 1 Credit Union**
**P.O. Box 15966, Sacramento, CA 95852-0966**

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Electronic Fund Transfers Error Resolution Notice**

In Case of Errors or Questions About Your Electronic Transfers call us at **1-877-GOLDEN 1 (1-877-465-3361)** or write us at P.O. Box 15966 Sacramento, CA 95852-0966 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## BALANCING YOUR CHECKING ACCOUNT

1. Go over your register and denote all checks, withdrawals, ATM transactions, deposits, dividends paid, automatic transfers or other debits or credits listed on this statement. Make sure that your register shows any service charges, automatic payments, or transactions through Golden 1 Online Banking that were performed during this statement period.
2. On the table, list any outstanding checks, ATM withdrawals, debit card transactions, payments, or any other withdrawals which are listed in your register but are not shown on this statement.
3. Enter the ending balance on this statement.  $_____$
4. Add any deposits listed in your register or transfers into your account which are not shown on this statement.  $_____$
5. Calculate the subtotal. (Step 3 Plus Step 4)  $_____$
6. Enter the total outstanding checks and withdrawals from the table.  $_____$
7. Calculate the ending balance (Step 5 Minus Step 6). This amount should be the same as the current balance shown in your check register.  $_____$

## OUTSTANDING ITEMS

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        | **TOTAL** |   |

Case 2:26-cv-00007-TLN-CKD    Document 1    Filed 01/05/26    Page 22 of 58

# Free Checking (09) Book No. 82921050 (continued)

## Account Summary

| Date | Description | Amount |
|---|---|---|
| | Withdrawal(s) This Period | $38.32 |
| **11/30/2025** | **Ending Balance** | **$0.00** |
| | Dividends Paid to you in 2025 on Suffix 09 | $0.00 |

## Account Activity

| Post Date | Effective Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|---|---|---|---|---|---|
| 11/01/2025 | | Beginning Balance | | | 18.28 |
| 11/01/2025 | 10/31/2025 | Withdrawal MARINA LOUNGE 0 MARINA LOUNGE SUISUN CITY CA US | -7.59 | | 10.69 |
| 11/01/2025 | 10/31/2025 | Withdrawal MARINA LOUNGE 0 MARINA LOUNGE SUISUN CITY CA US | -7.59 | | 3.10 |
| 11/01/2025 | | Withdrawal-Fee 01NOV ATM FEE DRAFT WITHDRAWAL Trace #898556 1 @ $2.00 | -2.00 | | 1.10 |
| 11/10/2025 | | Withdrawal 501 SERENO DR 0 WAL-MART #5609 VALLEJO CA US | -1.10 | | 0.00 |
| 11/10/2025 | | Withdrawal reversal 501 SERENO DR 0 WAL-MART #5609 VALLEJO CA US | | 1.10 | 1.10 |
| 11/28/2025 | | Withdrawal 3555 NELSON RD 0 ARCO#83321BASRA FAIRFIELD CA US | -4.97 | | -3.87 |
| 11/28/2025 | | Checking Deposit Overdraft transfer from ****180-S0 | | 18.94 | 15.07 |
| 11/28/2025 | | Withdrawal MARATHON PETRO16 0 MARATHON PETRO16 Vallejo CA US | -15.00 | | 0.07 |
| 11/28/2025 | | Withdrawal 7-ELEVEN 0 7-ELEVEN Vallejo CA US | -0.07 | | 0.00 |
| 11/30/2025 | | Ending Balance | | | 0.00 |

## Check(s) Cleared

No checks were cleared this month.

## Overdraft and Returned Item Fees

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## YTD Tax Summary

| YEAR-TO-DATE: INFORMATION FOR TAX PURPOSES: | |
|---|---|
| Total non-IRA dividends earned (May be reported to IRS as interest for this calendar year) | $0.00 |

# Review your account information

**Please log in to Online Banking to ensure everything is up to date.**
**For help making changes, call 1-877-465-3361.**



Insured by NCUA

THIS IS A BLANK PAGE MESSAGE

029364 1029359 0000000 065643 131286 02/02


## Golden1
**Credit Union**

P.O. BOX 15966
SACRAMENTO, CA 95852-0966

008633 7538091 000 01 001

JEFFREY MARSHALL
1243 MAYFIELD CIR
SUISUN CITY, CA 94585-3708

Contact Us: 877-GOLDEN 1 (2-877-465-3361)

### Periodic Account Statement

Account Number: 0002846180
Account Name: General

Member Name: JEFFREY MARSHALL

Setup Direct Deposit and Automatic Payments using
Routing # 321175261.

# Kick off the season
### with your Golden 1 debit or credit card

Use your Golden 1 credit or debit card to tackle all your
holiday expenses and enter our fall football sweepstakes.
Learn more at visa.com/VisaSweepsforGolden1

**Golden1**
Credit Union

Insured by NCUA

---

## Savings (00)

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | **Beginning Balance** | **$176.74** |
| | Deposit(s) This Period | $243.94 |
| | Withdrawal(s) This Period | $422.68 |
| 10/31/2025 | **Ending Balance** | **$-2.00** |
| | Dividends to be Paid on 11/01/2025 | $0.00 |
| | Dividends Paid to you in 2025 on Suffix 00 | $0.00 |

### Account Activity

| Post Date | Effective Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|---|---|---|---|---|---|
| 10/01/2025 | | Beginning Balance | | | 176.74 |
| 10/03/2025 | | Withdrawal Overdraft transfer to ****180-S9 | -176.74 | | 0.00 |
| 10/29/2025 | 10/31/2025 | Deposit-ACH-A-1689803 SSI TREAS 310 (XXSUPP SEC) | | 243.94 | 243.94 |
| 10/29/2025 | | Withdrawal 183 Sunset Ave CSSI0 Wells Fargo Ban Suisun City CA US | -223.00 | | 20.94 |
| 10/29/2025 | | Withdrawal Overdraft transfer to ****180-S9 | -20.94 | | 0.00 |
| 10/29/2025 | | Withdrawal-Fee 29OCT ATM FEE SHARE WITHDRAWAL Trace #751654 1 @ $2.00 | -2.00 | | -2.00 |
| 10/31/2025 | | Ending Balance | | | -2.00 |

### Overdraft and Returned Item Fees

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

---

## Free Checking (09) Book No. 82921050

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | **Beginning Balance** | **$1.28** |

Insured by NCUA.

Case 2:26-cv-00007-TLN-CKD    Document 1    Filed 01/05/26    Page 25 of 58

## ERROR RESOLUTION RIGHTS

**Billing-Error Rights** (Golden Reserve, Golden Line, and Cash Reserve Lines of Credit only)

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:

**Golden 1 Credit Union**
**P.O. Box 15966, Sacramento, CA 95852-0966**

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Electronic Fund Transfers Error Resolution Notice**

In Case of Errors or Questions About Your Electronic Transfers call us at **1-877-GOLDEN 1 (1-877-465-3361)** or write us at P.O. Box 15966 Sacramento, CA 95852-0966 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## BALANCING YOUR CHECKING ACCOUNT

1. Go over your register and denote all checks, withdrawals, ATM transactions, deposits, dividends paid, automatic transfers or other debits or credits listed on this statement. Make sure that your register shows any service charges, automatic payments, or transactions through Golden 1 Online Banking that were performed during this statement period.
2. On the table, list any outstanding checks, ATM withdrawals, debit card transactions, payments, or any other withdrawals which are listed in your register but are not shown on this statement.
3. Enter the ending balance on this statement. $_____
4. Add any deposits listed in your register or transfers into your account which are not shown on this statement. $_____
5. Calculate the subtotal. (Step 3 Plus Step 4) $_____
6. Enter the total outstanding checks and withdrawals from the table. $_____
7. Calculate the ending balance (Step 5 Minus Step 6). This amount should be the same as the current balance shown in your check register. $_____

## OUTSTANDING ITEMS

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **TOTAL** |  |

Case 2:26-cv-00007-TLN-CKD    Document 1    Filed 01/05/26    Page 26 of 58

# Free Checking (09) Book No. 82921050 (continued)

## Account Summary

| Date | Description | Amount |
|---|---|---|
| | Deposit(s) This Period | $2,163.68 |
| | Withdrawal(s) This Period | $2,146.68 |
| **10/31/2025** | **Ending Balance** | **$18.28** |
| | Dividends Paid to you in 2025 on Suffix 09 | $0.00 |

## Account Activity

| Post Date | Effective Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|---|---|---|---|---|---|
| 10/01/2025 | | Beginning Balance | | | 1.28 |
| 10/01/2025 | 10/03/2025 | Checking Deposit-ACH-1071474 SSA TREAS 310 (XXSOC SEC) | | 983.00 | 984.28 |
| 10/01/2025 | | Withdrawal 183 Sunset Ave CSSI0 Wells Fargo Ban Suisun City CA US | -503.00 | | 481.28 |
| 10/02/2025 | | Withdrawal-Fee 02OCT ATM FEE DRAFT WITHDRAWAL Trace #885537 1 @ $2.00 | -2.00 | | 479.28 |
| 10/02/2025 | | Withdrawal ACI EXETER FINANCE 0 ACI EXETER FINAN 800-321-9637 TX US | -343.58 | | 135.70 |
| 10/03/2025 | | Withdrawal 183 Sunset Ave CSSI0 Wells Fargo Ban Suisun City CA US | -123.00 | | 12.70 |
| 10/03/2025 | | Withdrawal 183 Sunset Ave CSSI0 Wells Fargo Ban Suisun City CA US | -163.00 | | -150.30 |
| 10/03/2025 | | Checking Deposit Overdraft transfer from ****180-S0 | | 176.74 | 26.44 |
| 10/03/2025 | | Withdrawal-Fee 03OCT ATM FEE DRAFT WITHDRAWAL Trace #322615 1 @ $2.00 | -2.00 | | 24.44 |
| 10/03/2025 | | Withdrawal-Fee 03OCT ATM FEE DRAFT WITHDRAWAL Trace #822641 1 @ $2.00 | -2.00 | | 22.44 |
| 10/04/2025 | 10/03/2025 | Withdrawal NAVARRO CUSINE CAFE 0 NAVARRO CUSINE C VALLEJO CA US | -10.93 | | 11.51 |
| 10/04/2025 | 10/03/2025 | Withdrawal NAVARRO CUSINE CAFE 0 NAVARRO CUSINE C VALLEJO CA US | -10.93 | | 0.58 |
| 10/29/2025 | | Withdrawal S&S LIQUOR 0 S&S LIQUOR VALLEJO CA US | -4.24 | | -3.66 |
| 10/29/2025 | | Checking Deposit Overdraft transfer from ****180-S0 | | 20.94 | 17.28 |
| 10/29/2025 | | Withdrawal MARATHON PETRO16 0 MARATHON PETRO16 Vallejo CA US | -14.00 | | 3.28 |
| 10/30/2025 | 11/03/2025 | Checking Deposit-ACH-1071474 SSA TREAS 310 (XXSOC SEC) | | 983.00 | 986.28 |
| 10/30/2025 | | Withdrawal 183 Sunset Ave CSSI0 Wells Fargo Ban Suisun City CA US | -503.00 | | 483.28 |
| 10/30/2025 | | Withdrawal-Fee 30OCT ATM FEE DRAFT WITHDRAWAL Trace #723197 1 @ $2.00 | -2.00 | | 481.28 |
| 10/31/2025 | | Withdrawal 183 Sunset Ave CSSI0 Wells Fargo Ban Suisun City CA US | -463.00 | | 18.28 |
| 10/31/2025 | | Ending Balance | | | 18.28 |

## Check(s) Cleared

No checks were cleared this month.

Case 2:26-cv-00007-TLN-CKD     Document 1     Filed 01/05/26     Page 27 of 58

## Free Checking (09) Book No. 82921050 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**YTD Tax Summary**

| YEAR-TO-DATE: INFORMATION FOR TAX PURPOSES: |  |
|---|---|
| Total non-IRA dividends earned<br>(May be reported to IRS as interest for this calendar year) | $0.00 |

# Kick off the season



## with your Golden 1 debit or credit card

Use your Golden 1 credit or debit card to tackle all your holiday expenses and enter our fall football sweepstakes.
Learn more at visa.com/VisaSweepsforGolden1

Insured by NCUA

# EXHIBIT

"B"

14/23/2025

In the furtherance of the crime —
Telecommunicts Interstate Wire fraud
using electric —
Device.

Forged 4-Page Contract, electronically
Submitted through telacommunications by means
of using a computer, E-mail, Fax-machine, cell-phone,
or anyother Telecommucation device crossing state
lines from Fairfield. CA, to Irvine Texas, to complete
the scheme of the Interstate wire fraud through
fraudulent forged binding legal Auto-loan contract for
5-years through thief finance company Exeter Finance LLC,
a subprime Auto loan leander, predatory leander, who
approved a contract in which (Terminated) (Michelle
Dispaqvale) Business Associate Office "Lead," processed
signed, and dated her name, and forged my name and
Initials on contract California Retail Installment contract
with a 27.2% A.P.R. without my permission, or Knowledge
that she had done so, on February 21, 2024.
See police report suplimental Michelle, on July 10, 2025,
and Exhibit "C," (Terminated) (Michelle Dispaqvale)
Police Report # 24-08170, Taken on July 10, 2025 —
describing how She used Electronic computer Telecommucts devices
to cross state lines to commit WIRE Fraud to defraud me out of
my money & property using a computerized dirce or devices to complete the fraud

**CALIFORNIA** copy for the Seller/Creditor. Remember that by signing this Contract **RETAIL INSTALLMENT CONTRACT**

as a Buyer or Co-Buyer. The words "we", "us", and "our" mean the Seller or anyone to whom the Seller transfers its rights under this Contract. You understand that you may buy the Vehicle described below for cash or credit. By signing this Contract, you choose to buy the Vehicle on credit under the terms and conditions on all pages of this Contract. If there is a Buyer and a Co-Buyer, you are each individually liable to us for any amount due under this Contract.

Contract Number: 141853246
Date of Contract: 02/21/2024

| Seller (Creditor) | Name | Address | Zip Code | |
|---|---|---|---|---|
| CarMax Auto Superstores, Inc. | | 2955 AUTO MALL PARKWAY | | FAIRFIELD, CA 94533 |

| Buyer | Name | Address | Zip Code | |
|---|---|---|---|---|
| JEFFREY MARSHALL | | 322 MERGANSER DR, Apt.102 | | SUISUN CITY, CA 94585 |

| Co-Buyer | Name | Address | Zip Code | |
|---|---|---|---|---|
| N/A | | N/A | | N/A |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 8,500.00 |
|---|---|---|---|---|
| 27.02 % | $ 10,945.38 | $ 11,499.90 | $ 22,445.28 | $ 30,945.28 |

Your Payment Schedule will be: *e means an estimate

| No. of Payments | Amount of Payments | When payments are Due |
|---|---|---|
| 66 | $ 340.08 | Monthly, beginning 04/06/2024 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

See the back of this Contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

**Security:** You are giving a security interest in the motor vehicle being purchased.

**Late Charge:** If a payment is late more than 10 days, you will be charged 5% of the unpaid amount of the installment.

**Prepayment:** If you pay amounts owed under this Contract early, you will not have to pay a penalty.

Description of the Vehicle You Are Purchasing:
☐ New  Use of Property: ☒Personal ☐Commercial ☐Agricultural
☒ Used

| 2014 | MERCEDES-B | E350 | WDDHF5KB5EA862554 |
|---|---|---|---|
| Year | Make | Model | Vehicle Identification Number |

Description of Vehicle You Sold to Creditor as a "Trade-In":

| | | N/A | |
|---|---|---|---|
| Year | Make | Model | Vehicle Identification Number |

| | | N/A | |
|---|---|---|---|
| Year | Make | Model | Vehicle Identification Number |

**Optional Guaranteed Asset Protection (GAP) Waiver Agreement.** A GAP Waiver Agreement is a debt cancellation agreement. It is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. The charge for a GAP Waiver Agreement is in item A.12. Your GAP Waiver Agreement is a part of this Contract. See your GAP Waiver Agreement for details on the protection it provides.

Term: **N/A** (in months)

I want the optional GAP Waiver Agreement.
Buyer Signs: **N/A**

**YOUR PROMISE TO PAY**
You agree to pay us the Amount Financed and Finance Charge provided for in this Contract according to the Payment Schedule above. This is a simple finance charge contract. This means we will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. The Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. You will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if your final payment will be larger than originally scheduled. You must make your payments to the Seller at the address shown above. If this Contract is transferred, you agree to make your payments to the subsequent holder of this Contract (Assignee) at the address provided by the Assignee or Seller.

**SECURITY AGREEMENT.** You give us a security interest in the Vehicle, any proceeds received for the Vehicle, and any accessories, equipment, and replacement parts installed on the Vehicle. You also give us a security interest in any insurance, service, or other contracts we finance for you and all proceeds from any insurance, service, or other contracts on the Vehicle, including refunds of premiums or charges from the contracts we finance for you. The security interest you are giving us secures all amounts owed by you under this Contract and all the other agreements you have made in this Contract.

**STATEMENT OF INSURANCE**
**PROPERTY INSURANCE: YOU ARE REQUIRED TO OBTAIN AND MAINTAIN INSURANCE ON THE COLLATERAL, ENDORSED TO PROTECT CREDITOR AS LOSS-PAYEE, BUT YOU MAY OBTAIN THE INSURANCE FROM ANY AGENT AND INSURANCE COMPANY YOU CHOOSE.**

**NOTICE.** No person is required as a condition precedent to financing the purchase of an automobile that any insurance be negotiated or purchased through a particular insurance agent or broker.

**UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.**

TITLE HOLDER OF COLLATERAL: Exeter Finance
REGISTRANT: JEFFREY MARSHALL
PHYSICAL DAMAGE DEDUCTIBLES:
Comprehensive $ 500.00    Collision $ 500.00
INSURANCE COMPANY:
AAA
POLICY NUMBER: CAAS231867522
EFFECTIVE DATE: 02/21/2024    EXPIRATION DATE: 07/21/2024
AGENT NAME: AAA
TELEPHONE NUMBER: (800) 922-8228
AGENT ADDRESS: N/A

You warrant and affirm that you have or will obtain the required insurance coverage as shown above and understand and agree that this is required by the Insurance Requirements section on page 3 of this Contract.

**YOU AGREE THAT YOU VOLUNTARILY SELECTED THE ABOVE INSURANCE AGENT, BROKER OR COMPANY AND THAT SUCH CHOICE WAS NOT MADE A CONDITION PRECEDENT TO THE EXTENSION OF CREDIT UNDER THIS CONTRACT.**

BUYER: _JEFFREY MARSHALL_
CO-BUYER: N/A
SELLER: _Michelle DiPasquale_

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL INSURANCE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
x _JEFFREY MARSHALL_    x _N/A_

This Contract has 4 pages, plus an optional GAP Waiver Agreement. This is Page 1. By initialing below you represent that you have read and agree to all provisions on all pages.
Buyer's Initials _ju_    Co-Buyer's Initials _N/A_

RIC9005
Order #: 567031    Reprint #: 0
Rev. Date 11/22

02/21/2024 05:50 PM
DMS Tracking #: 2762067



MIS ID: 98009702

This copy was verified as Original of [illegible] as of Feb 21, 2024 [illegible]

If you have a complaint concerning this sale, you should try to resolve it with the Seller. Complaints concerning unfair or deceptive practices or methods by the Seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the Seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the Seller to make a unilateral change.

JEFFREY MARSHALL     N/A
Buyer's Signature     Co-Buyer's Signature

**Waiver of Confidentiality**

By signing below, you agree to waive your right under California Vehicle Code § 1808.21 to keep confidential your resident address as maintained in the records of the California Department of Motor Vehicles. This waiver will apply only to a financial institution licensed by the state or federal government to do business in California that acquires an interest in this Contract.

JEFFREY MARSHALL     N/A
Buyer's Signature     Co-Buyer's Signature

**THE PROVISIONS ON PAGE 4 ARE PART OF THIS CONTRACT**

**Agreement to Arbitrate**

By initialing below you represent that you have read and agree to Arbitration Provisions on page 4.

JM     N/A
Buyer's Initials     Co-Buyer's Initials

**ELECTRONIC DISCLOSURE**

☒ If checked, you agree to use electronic records and electronic signatures to document this Contract. Your electronic signatures on electronic records will have the same effect as signatures on paper documents. We may designate one authoritative copy of this Contract. If we do, the authoritative copy will be the electronic copy in a document management system we designate for storing authoritative copies. We may convert the authoritative copy to a paper original. We will do so by printing one paper copy marked "Original." This paper original will have your electronic signature on it. It will have the same effect as if you had signed it originally on paper. If you agree to use electronic records and electronic signatures, we will comply with all applicable federal, state and local laws and regulations.

**NOTICE TO BUYER:**

(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

**THERE IS NO COOLING OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**

California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud.

However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

| ITEMIZATION OF AMOUNT FINANCED | |
|---|---|
| **A. CASH PRICE** | |
| 1. Cash Price of Vehicle | $17,996.00 |
| 2. Cash Price of Accessories Not Itemized Separately | $0.00 |
| 3. CarMax Document Processing Charge (Not a Government Fee) | $85.00 |
| 4. Pollution Control Certification Fee Paid To Seller | $50.00 |
| 5. Theft Deterrent Device | $0.00 |
| 6. Theft Deterrent Device | $0.00 |
| 7. Surface Protection Product | $0.00 |
| 8. Sales Tax | $1,518.65 |
| 9. Electronic Vehicle Registration or Transfer Charge (Not a Government Fee) To AVRS | $33.00 |
| 10. Optional Extended Service Contract* To N/A | $0.00 |
| 11. To N/A For Prior Credit or Lease Balance (See Down Payment and Trade-in Calculation) | $0.00 |
| 12. Optional GAP Waiver Agreement | $0.00 |
| 13. Vehicle Contract Cancellation Option Agreement | No Charge |
| 14. Total Cash Sale Price [Sum of A(1) through A(13)] | $19,684.65 |
| **B. AMOUNTS PAID TO PUBLIC OFFICIALS** | |
| 1. Vehicle License Fees | $51.00 |
| 2. County | $11.00 |
| 3. Registration, Transfer and Titling Fees | $238.00 |
| 4. California Tire Fees* | $7.00 |
| 5. Other Official Fees* | $0.00 |
| 6. Total Amount Paid to Public Officials [Sum of B(1) through B(5)] | $307.00 |
| **C. POLLUTION CONTROL CERTIFICATE OR EXEMPTION FEE PAID TO STATE** | $8.25 |
| **D. SUBTOTAL [A(14) + B(6) + C]** | $19,999.90 |
| **E. DOWN PAYMENT** | |
| 1. Trade-in | |
| a. Agreed Value of "Trade-in" | $0.00 |
| b. Proceeds from "Trade-in" Retained by Buyer | $0.00 |
| c. Prior Credit or Lease Balance | $0.00 |
| 2. Net Value of "Trade-in" [1(a) – 1(b) – 1(c)] (If 1(c) exceeds 1(a) a negative number will appear.) | $0.00 |
| 3. Manufacturer's Rebate | $0.00 |
| 4. Cash Down Payment | $8,500.00 |
| 5. Other: N/A | $0.00 |
| 6. Total Down Payment (If the total down payment is a negative number, a zero will appear and the amount will owed will appear in A(11).) | $8,500.00 |
| **F. AMOUNT FINANCED [D – E(6)]** | $11,499.90 |

* Seller may retain a portion of amount.

**Seller Assisted Loan**

If the Seller assisted you in obtaining a loan to pay for a part of the down payment or purchase price of the vehicle, you will be obligated to repay the loan, and the installment payments under this Contract.

Amount of Loan $ N/A     Finance Charge $ N/A

Total $ N/A     repayable in N/A     installments of $ N/A . You may be required to pledge security for the loan.

YOU ACKNOWLEDGE RECEIPT OF A COMPLETELY FILLED-IN COPY OF THIS CONTRACT AND ANY OTHER DOCUMENTS THAT YOU SIGNED DURING CONTRACT NEGOTIATIONS AT THE TIME OF SIGNING.

Buyer JEFFREY MARSHALL  Date 02/21/2024  Co-Buyer N/A  Date
Seller CarMax Auto Superstores, Inc.  By: Michelle DiPasquale  Date 02/21/2024
(Firm Name)

**Assignment**

Seller hereby sells, assigns and transfers to Exeter Finance ("Assignee") this Contract, all obligations of Buyer and Co-Buyer hereunder, and all rights, powers and privileges herein given to Seller and all right, title and interest of Seller in and to the property securing this Contract. If on the date of this assignment there is in effect a Dealer Agreement between Seller and Assignee pertaining to the sale of contracts to Assignee by Seller, the sale and assignment of this Contract to Assignee is made subject to all of the terms and conditions of that Dealer Agreement.

Michelle DiPasquale     CarMax Associate     02/21/2024
(Seller/Assignor)     Title     Date

This Contract has 4 pages, plus any optional GAP Waiver Agreement. This is Page 2. By initialing below you represent that you have read and agree to all provisions on all pages.

Buyer's Initials JM     Co-Buyer's Initials N/A

RIC9005
Rev. Date 11/22     02/21/2024 05:50 PM     DMS Tracking #: 2762068     Reprint #: 0     Order #: 957031     MIS ID: 08000714

This copy was created by eOriginal SmartSign® Web on Feb 21, 2024 09:14:02 PM EST.

Case 2:26-cv-00007-TLN-CKD    Document 1    Filed 01/05/26    Page 31 of 58

**Your Representations.** You promise that you have given true and correct information in your credit application. You understand that in entering this Contract we have relied on the representations you have made to us. Upon request, you agree to provide us with documents and other information necessary to verify any item contained in your credit application.

**Late charge.** If you fail to pay any installment for more than 10 days after the date it is due, you will pay a late charge of 5% of the unpaid amount of the installment.

**NSF Fees.** If a check, draft, or order presented to us for payment is returned unpaid you will be charged the maximum NSF fee allowable under applicable law, not to exceed $15.

**Care, Use, and Location of the Vehicle.** You agree to pay us all you owe under this Contract even if the Vehicle is damaged, destroyed, or missing. You agree to keep the Vehicle in good condition and repair. If there is any loss or damage to the Vehicle, you will give us prompt written notice of the loss or damage. You agree not to use the Vehicle for hire or to sell, rent, lease, or transfer any interest in the Vehicle or this Contract. You agree that you will not permit the Vehicle to be used in any illegal manner or expose the Vehicle to misuse, seizure, confiscation, or involuntary transfer. The Vehicle will be kept at the address you provided to us in this Contract as shown on Page 1. You agree to notify us in writing of any change in your address or the location at which the Vehicle is regularly located. You are not allowed to remove the Vehicle from the United States. You may, however, take the Vehicle to Canada as long as it is for a period of 30 days or less.

**Insurance Requirements.** You agree to have physical damage insurance covering loss or damage to the Vehicle as long as amounts are owed under this Contract. The insurance must have comprehensive, collision, fire, and theft coverage in amounts acceptable to us and with the minimum available deductible. All required insurance must be with a properly licensed insurer reasonably acceptable to us and must name us as an additional insured and loss-payee. You agree to give us evidence of all required insurance promptly upon request. You agree that any insurance proceeds payable due to damage or loss of the Vehicle will be paid directly and solely to us. At our choice, we may use the insurance proceeds to repair the Vehicle or to pay amounts owed under this Contract. You agree that we may settle any insurance claim or sign any insurance checks on your behalf as necessary and if allowed by law.

**Failure to Maintain Insurance.** If you fail to maintain the required physical damage insurance, we may buy it for you. At our choice, the insurance we buy may only cover our interest in the Vehicle and be limited to what you owe under this Contract at the time. This means the insurance we obtain may not cover your interest in the Vehicle or any loss that you incur. We will charge you for any insurance we purchase. The insurance we buy may cost more than the insurance you could buy on your own. The charge for the insurance will be the amount advanced for it and a finance charge at the Annual Percentage Rate shown on Page 1 of this Contract or, if less, the highest rate allowed by law.

**Optional Service Contracts or GAP Waiver Agreements.** This Contract may contain charges for an optional service contract or GAP Waiver Agreement. If you are in default under this Contract, you agree that Creditor, to the extent permitted by applicable law, may claim benefits under any optional service contract or GAP Waiver Agreement or cancel it to obtain a refund for unearned charges. Any benefits and/or refunds received shall be applied toward your obligations under this Contract in accordance with applicable law. If you cancel an optional service contract or GAP Waiver Agreement, you authorize Creditor to receive any refunds due you, which shall be applied by Creditor towards your obligations under this Contract in accordance with applicable law.

**Default and Required Repayment in Full.** You will be in default if you fail to make any payment required by this Contract. You will also be in default if you break any other promise you have made in this Contract. If you default we may require that you pay all you owe on this Contract at once subject to any right you may have to reinstate this Contract. All amounts owed following your default will continue to accrue finance charge or interest at the Annual Percentage Rate shown on Page 1 of this Contract or the highest rate allowed by law until paid in full.

**Other Remedies Upon Default.** Upon your default we may take (repossess) the Vehicle from you as long as we do so peacefully. All accessories, equipment or replacement parts will remain with the Vehicle following repossession.

**Getting the Vehicle and Property Back After Repossession.** If we repossess the Vehicle, you have the right to get it back until we sell it. This is your right to redeem. We will tell you what you need to do or how much you need to pay to redeem the Vehicle. If any personal property is in the Vehicle, we will store it for you at your expense. If you do not pick up your personal property, we will sell it if the law allows us to do so.

**Sale of the Repossessed Vehicle.** We will send you a written notice of sale before we sell the Vehicle. We will apply money from a sale to our expenses and then to amounts you owe under this Contract. Our expenses may include costs incurred by us in repossessing the Vehicle, holding and storing it, preparing it for sale, and selling it. If there is money left over, we will pay it to you unless we are required to pay it to someone else. If there is not enough money to pay all you owe, you will have to pay us the remaining balance.

**"Trade-In" and Down Payment.** You promise that you own and have valid title to any vehicle you sold to us as a "Trade-In." You represent that any "Trade-In" vehicle is free from any lien or security interest except as you have disclosed to us in writing. You promise that you have made the down payment shown in the Itemization of Amount Financed on Page 1 of this Contract and that you have not borrowed it.

**Title, Taxes, and Other Charges.** You agree to make sure that the title to the Vehicle shows our security interest. You also agree that we will be the only party with a security interest in the Vehicle and that our security interest will be the only security interest that appears on the title. You agree that you are, or will be, the registered owner of the Vehicle and that you will comply with all registration, licensing, tax, and title laws that apply to the Vehicle. You agree to pay when due all taxes, fees, repair bills, storage bills, fines, assessments, and other charges relating to the Vehicle. At our choice, we may pay any of these items to protect our interest in the Vehicle. If we do so and if allowed by law, you agree to repay us at our request.

**Collection Costs.** Following any notice required by law, you agree to pay our reasonable attorney fees, plus court costs, if we refer this Contract for collection or enforcement to an attorney who is not our salaried employee.

**Delay in Enforcing Rights.** We will not lose any of our rights under this Contract if we delay or refrain from enforcing them. For example, we may extend the time for making some payments without extending others. Our acceptance of any late or partial payment does not excuse your late or partial payment or mean that you may continue to make late or partial payments.

**Applicable Law.** This Contract shall be governed by federal law and California law, except as otherwise provided in this Contract. If any provision is found to be ineffective under any applicable law or regulation, the remainder of this Contract shall not be affected and shall continue to be binding and effective.

**Application of Payments and Partial Prepayments.** We may apply each payment to earned and unpaid finance charge and to other amounts you owe under this Contract in any order we choose. If you make a partial prepayment you must still continue to make your regular monthly payments as scheduled in this Contract.

**Entire Agreement.** This Contract contains the entire agreement between you and us relating to this Contract. We may agree to extend or defer a payment and provide you written confirmation. Any other change to this Contract must be in writing signed by us. No oral modifications to this Contract are binding.

**Communications.** You agree that we may monitor and record telephone calls regarding this Contract. You expressly consent that we may contact you (by calls, emails, text messages or other electronic messages) for any purpose related to this Contract by any means, including but not limited to the use of prerecorded/artificial voice messages or automatic telephone dialing devices. Your express consent applies to any email addresses or telephone numbers you provide to us in any manner and at any time, including email addresses or cellular telephone numbers for which you may incur voice, data or other charges.

**SAFETY RECALLS: YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED THE SAFETY RECALL STATUS BEFORE PURCHASE OF THE VEHICLE. CARMAX URGES BUYER TO HAVE ANY SAFETY RECALL WORK DONE IMMEDIATELY FOLLOWING PURCHASE. CARMAX ASSUMES NO RESPONSIBILITY TO INSPECT FOR, REPAIR OR IMPLEMENT RECALLS.**

**The CarMax Warranty Brochure contains the details of the Limited Warranty. LIMITATION OF WARRANTIES: CARMAX MAKES NO EXPRESS WARRANTIES UNLESS SEPARATELY SET FORTH IN WRITING, AND ANY ALL IMPLIED WARRANTIES APPLICABLE TO THE PRODUCTS SOLD HEREUNDER, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE DURATION OF THE WRITTEN LIMITED WARRANTY GIVEN BY CARMAX, IF ANY.**
To the extent allowed by applicable law, CarMax shall not be liable for any damages relating to loss of use of the products, loss of time, inconvenience or commercial loss, or any other incidental or consequential damages. Any and all warranties are extended only to the original purchaser.
**SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS OR EXCLUSIONS OR LIMITATIONS ON RELIEF SUCH AS INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU ALSO MAY HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.**

---

The following notice applies only to purchases primarily for personal, family, or household purposes.

**NOTICE:**
**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS AND SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

---

This Contract has 4 pages, plus any optional GAP Waiver Agreement. This is Page 3. By initialing below you represent that you have read and agree to all provisions on all pages.

Buyer's Initials _____    Co-Buyer's Initials ___N/A___



This copy was created by eOriginal SmartSign® Web on Feb 21, 2024 09:14:02 PM EST.

## ARBITRATION PROVISION

This Arbitration Provision describes when and how a Claim (defined below) shall be arbitrated. Arbitration is a way of resolving disputes before one or more neutral persons, instead of having a trial in court before a judge and/or jury. **By signing this Contract, you and we agree to be bound by the terms of this Arbitration Provision.**

For purposes of this Arbitration Provision, references to "we", "us" and "our" mean the Seller, including its respective subsidiaries, affiliates, agents, employees and officers, or anyone to whom the Seller transfers its rights under the Contract.
**IF YOU OR WE CHOOSE ARBITRATION, THEN ARBITRATION SHALL BE MANDATORY, AND:**

- **ANY CLAIM WILL BE DECIDED BY ARBITRATION AND NOT IN COURT OR BY A JURY TRIAL.**
- **DISCOVERY AND RIGHTS TO APPEAL ARE LIMITED BY THE ARBITRATION ADMINISTRATOR.**
- **YOU GIVE UP YOUR RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF A CLASS IN A CLASS ACTION ("CLASS ACTION WAIVER").**
- **OTHER RIGHTS THAT YOU OR WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

**a. What Claims are Covered.** A "Claim" is any claim, dispute or controversy between you and us that in any way arises from or relates to this consumer credit sale, the purchase you are financing by way of this Contract, the Vehicle and related goods and services that are the subject of the purchase and this Contract, or the collection or servicing of this Contract, including but not limited to:

- Initial claims, counterclaims, cross-claims and third-party claims;
- Disputes based on contract, tort, consumer rights, fraud and other intentional torts (at law or in equity, including any claim for injunctive or declaratory relief);
- Disputes based on constitutional grounds or on laws, regulations, ordinances or similar provisions; and
- Disputes about the validity, enforceability, arbitrability or scope of this Arbitration Provision or this Contract, subject to paragraph (f) of this Arbitration Provision.

**b. Commencing Arbitration.** Either you or we may require any Claim to be arbitrated by first sending to the other party, by certified mail, a written notice of dispute ("Notice"). This Notice shall (1) describe the nature and basis of the Claim and (2) set forth the specific relief sought. If we do not reach an agreement to resolve the Claim within 30 days after the Notice is received, you or we may commence an arbitration proceeding.

Arbitration of a Claim must comply with this Arbitration Provision and the applicable rules and procedures of the Arbitration Administrator. Arbitration is not mandatory for any Claim for which you seek public injunctive relief expressly authorized by statute, or for an individual Claim that you or we may choose to bring in small claims court or the state's equivalent court, if any. If the individual Claim is transferred, removed or appealed to a different court, you or we then may choose arbitration.

**c. Choosing the Administrator.** If you initiate the arbitration proceeding, you may choose either of the following arbitration Administrators: (1) American Arbitration Association, www.adr.org, (800) 778-7879 or (2) JAMS, www.jamsadr.com, (800) 352-5267. The Administrator you choose will have rules that apply to the proceeding. Important information regarding the arbitration proceeding [...] may be found at either Administrator's website. If both Administrators [...] of a class or [...] to serve as the Administrator, you or we may choose another Administrator, subject to the other's approval. In all cases, [...] a lawyer or a retired judge with at least 10 years of legal experience. If we initiate the arbitration proceeding, we will give you 20 days to choose the Administrator. If you do not choose the Administrator within that time, we will choose one for you. No matter which Administrator is chosen, you shall have the right to be represented by an attorney of your own choosing, subject to any limitations in the Administrator's rules.

**d. Choosing the Location.** Any arbitration hearing that you attend must take place at a location reasonably convenient to your residence.

**e. Paying for Arbitration.** Each Administrator charges fees to administer an arbitration proceeding. These fees may include fees not charged by a court. When you choose an Administrator, you should carefully review the fees charged by the Administrator. The fees and costs of any arbitration, including any initial filing fees, shall be paid in accordance with the rules and procedures of the Administrator. Each party must pay the expense of that party's attorneys, experts, and witnesses, regardless of which party prevails in the arbitration, unless applicable law or the Administrator's rules, procedures or standards provide otherwise.

**f. Class Action Waiver.** You give up your right to participate in a class action. This means that you may not (i) be a representative or member of any class of claimants, (ii) or act as a private attorney general, except to seek public injunctive relief expressly authorized by statute. Further, unless both you and we agree otherwise, the arbitrator may not consolidate more than one person's Claim or Claims. Notwithstanding any other part of this Arbitration Provision, the validity and effect of the Class Action Waiver may be determined only by a court and not by an arbitrator. If a court limits or voids the Class Action Waiver, then this entire Arbitration Provision (except for this paragraph) will be null and void.

**g. Right to Discovery.** The parties shall have the right to discovery of non-privileged information and documents relevant to the Claim, subject to the rules and procedures of the Administrator.

**h. Arbitration Result and Right to Appeal.** Judgment upon the award given by the arbitrator may be entered in any court having jurisdiction. In response to a timely request from either party, the arbitrator must provide a brief written explanation of the basis for any award. The arbitrator's decision is final and binding, except for any right of appeal provided by the Federal Arbitration Act. Any party can appeal the award to a three-arbitrator panel administered by the Administrator, which must reconsider any aspect of the initial award requested by the appealing party. Reference in this Arbitration Provision to the "arbitrator" means the panel of arbitrators if an appeal of the arbitrator's decision has been taken. Subject to applicable law, costs of such an appeal will be borne by the appealing party regardless of the outcome of the appeal, unless applicable law or the Administrator's rules provide otherwise. However, we will consider any good faith, reasonable request for us to pay all or any part of those fees if you are the appealing party.

**i. Governing Law.** This Arbitration Provision is governed by the Federal Arbitration Act and not by any state arbitration law. The arbitrator must apply applicable statutes of limitations and claims of privilege recognized at law, and applicable substantive law consistent with the Federal Arbitration Act. The arbitrator is authorized to award all individual remedies permitted by the substantive law that would apply if the action were pending in court.

**j. Rules of Interpretation.** This Arbitration Provision survives the repayment of all amounts owed to us, the transfer of the Contract, and any bankruptcy by you, to the extent not inconsistent with applicable bankruptcy law. Except as provided in paragraph (f), if any part of this Arbitration Provision is determined to be invalid or unenforceable, this Arbitration Provision and the Contract will remain enforceable. In the event of a conflict or inconsistency between this Arbitration Provision and the applicable arbitration rules or the other provisions of this Contract or any other contract between you and us, this Arbitration Provision will govern.

## BUYERS GUIDE DISCLOSURE

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. SPANISH TRANSLATION: GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE VE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRATO. LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.**

This Contract has 4 pages, plus any optional GAP Waiver Agreement. This is Page 4. By initialing below you represent that you have read and agree to all provisions on all pages.

Buyer's Initials _____    Co-Buyer's Initials ___N/A___



RIC9005
Rev. Date 11/22

Order #: 667031
DMS Tracking #: 2762272

02/21/2024 09:50 PM
Reprint #: 0

MB ID: 85800767

# EXHIBIT

"C"

(Terminated) Michelle Dispaquele,
Former Cerrms's (Business office Associate lead)
Employee I.D. # (265906)
01/02/2026



Michelle DiPasquale
(Terminated) (265906)

Bus Office Assoc. Lead

Actions

**Location**
6048 - Fairfield

## Job Details

Associate ID                265906

Supervisory Organization    CarMax (Bill Nash (112
                            Operations Mgr (Garrett

Position                    P 58291 Bus Office Ass

(707) . 816-0868

# EXHIBIT

## D

Plaintiff's Cal. I.D. card, Drivers license (A4889297) with "Known Imposter on front/Back of license, Jeffrey Marshall





# EXHIBIT

"E"

Patellos credot UNiON Bank statement Showing
$10,263.44, prior to purchase of the cor on
Feb, 21, 2024.

CU 24-06535
Jeffrey Marshall   Exhibit
Banc Mix



## Patelco
CREDIT UNION

P.O. Box 2227
Merced, CA 95344-0227
patelco.org

| Statement Period | Member # |
|---|---|
| 01/01/2024 - 01/31/2024 | 680360 |

Thank you for choosing to receive your statements electronically.

Exhibit

JEFFREY MARSHALL
322 MERGANSER DR #102
SUISUN CITY CA 94585-3708

**Bank live from anywhere**
Everything you can do in person
with Virtual Branch™

Visit **Patelco.org**

**Patelco**
CREDIT UNION



# Bank live from anywhere
Everything you can do in person with Virtual Branch™

Visit **Patelco.org**

**Patelco**
CREDIT UNION

## Statement Summary

| Deposit Accounts | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| REGULAR SAVINGS ACCT - 00 | 1.00 | 465.00 | -448.06 | 17.94 |
| FREE CHECKING - 10 | 2.32 | 7,616.16 | -7,125.04 | 493.44 |
| MONEY MARKET PLUS - 15 | 0.00 | 50,031.54 | -49,960.00 | 71.54 |
| 18-23 MONTH CERT - 40 | 0.00 | 50,150.74 | 0.00 | 50,150.74 |
| DEPOSIT TOTALS | $3.32 | $108,263.44 | -$57,533.10 | $50,733.66 |

## REGULAR SAVINGS ACCT - Suffix: 00

YTD Interest Earned: $0.00

| | | | | Beginning Balance | $1.00 |
|---|---|---|---|---|---|

| Post | Eff. | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| | 01/16 | TFR FROM SHARES 680360-15 | 165.00 | | 166.00 |
| | 01/24 | TFR TO SHARES 680360-10 | | -50.00 | 116.00 |
| | 01/25 | Withdrawal  465712 WELLS FARGO BANK  Suisun City  CAUS | | -103.00 | 13.00 |
| | 01/25 | TFR FROM SHARES 680360-15 | 300.00 | | 313.00 |
| | 01/25 | Point of Sale (POS)  656883 Everi  SAN PABLO  CAUS | | -291.80 | 21.20 |
| | 01/25 | ATM TRANSACTION FEE | | -1.75 | 19.45 |
| | 01/29 | Transfer to Checking  569672  TFR TO SHARES 680360-10  MARINA LOUNGE 700 MAIN ST SUITE 106 SUISUN CITY  CAUS | | -1.51 | 17.94 |
| | | | | Ending Balance | $17.94 |

## FREE CHECKING - Suffix: 10

YTD Interest Earned: $0.00

| | | | | Beginning Balance | $2.32 |
|---|---|---|---|---|---|

| Post | Eff. | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| | 01/10 | Miscellaneous Transaction  TFR FROM SHARES 680360-15 | 5,000.00 | | 5,002.32 |
| | 01/11 | Withdrawal  781782 WELLS FARGO BANK  Suisun City  CAUS | | -503.00 | 4,499.32 |

**NCUA**
Federally Insured by

NMLS# 506373

**Patelco Credit Union**, PO Box 2227 Merced, CA 95344-0227

If you have questions, need to determine whether a preauthorized electronic fund transfer occurred, or find errors on your statement, call **800.358.8228** or send a secure email at patelco.org/contact-us

Page  1 of  3

**Patelco** CREDIT UNION
PO Box 2227
patelco.org

**Statement Period**
01/01/2024 - 01/31/2024

**Member #**
680360

## FREE CHECKING - Suffix: 10 (continued)

| Post | Eff. | Description | Deposits | Withdrawals | Balance |
|------|------|-------------|----------|-------------|---------|
| | 01/11 | ATM TRANSACTION FEE | | -1.75 | 4,497.57 |
| | 01/12 | Withdrawal 241884 Everi 3317 FORTY MILE ROAUS WHEATLAND CAUS | | -504.75 | 3,992.82 |
| 01/12 | 01/11 | Point of Sale (POS) AAA LIFE INSURA 17900 N LAUREL PARK DR 800-624-1662 MIUS | | -100.00 | 3,892.82 |
| | 01/12 | ATM TRANSACTION FEE | | -1.75 | 3,891.07 |
| 01/13 | 01/12 | Point of Sale (POS) EXPEDIA 7273475 1111 Expedia Group Way EXPEDIA.COM WAUS | | -9.00 | 3,882.07 |
| 01/13 | 01/11 | Point of Sale (POS) EVI*Hard Rock S 3317 FORTY MILE ROAD WHEATLAND CAUS | | -2,650.00 | 1,232.07 |
| 01/13 | 01/12 | Point of Sale (POS) ENTERPRISE RENT 2101 NORTH TEXAS STREE FAIRFIELD CAUS | | -594.85 | 637.22 |
| 01/13 | 01/11 | Point of Sale (POS) SUISUN CITY DEN 807 MAIN ST SUISUN CITY CAUS | | -603.16 | 34.06 |
| | 01/16 | TFR FROM SHARES 680360-15 | 500.00 | | 534.06 |
| 01/17 | 01/16 | Deposit ENTERPRISE RENT 2101 NORTH TEXAS STREE 707-4255500 CAUS | 201.71 | | 735.77 |
| | 01/17 | Withdrawal 688002 WELLS FARGO BANK Suisun City CAUS | | -503.00 | 232.77 |
| | 01/17 | ATM TRANSACTION FEE | | -1.75 | 231.02 |
| | 01/18 | Point of Sale (POS) UNITEDHEALTHCAR 185 Asylum St 888-873-6797 CTUS | | -47.20 | 183.82 |
| | 01/19 | Point of Sale (POS) 961456 SUISUN WINE AND SPIRITSSUISUN CITY CAUS | | -16.09 | 167.73 |
| | 01/21 | Point of Sale (POS) 903220 Liquor Ma Liquor Mart Suisun City CAUS | | -14.84 | 152.89 |
| 01/22 | 01/21 | Point of Sale (POS) MARINA LOUNGE 700 MAIN ST SUITE 106 SUISUN CITY CAUS | | -10.84 | 142.05 |
| | 01/24 | Electronic Check - ACH Debit ACH DEBIT- MANHATTANLIFE DESC:Premium | | -151.47 | -9.42 |
| | 01/24 | TFR FROM SHARES 680360- 0 | 50.00 | | 40.58 |
| | 01/25 | Withdrawal 830980 WELLS FARGO BANK Suisun City CAUS | | -23.00 | 17.58 |
| | 01/25 | TFR FROM SHARES 680360-15 | 300.00 | | 317.58 |
| | 01/25 | Withdrawal 234339 Everi 13255 SAN PABLO AVEUS SAN PABLO CAUS | | -304.00 | 13.58 |
| | 01/25 | Point of Sale (POS) 35296 RALEYS #330 270 SUNSET AVE SUISUN CITY CAUS | | -3.55 | 10.03 |
| | 01/25 | Point of Sale (POS) 962211 SUISUN WINE AND SPIRITSSUISUN CITY CAUS | | -4.69 | 5.34 |
| | 01/25 | ATM TRANSACTION FEE | | -3.50 | 1.84 |
| | 01/26 | Miscellaneous Transaction | 360.00 | | 361.84 |
| | 01/26 | Miscellaneous Transaction | | -340.00 | 21.84 |
| | 01/26 | Point of Sale (POS) SQ *JELLY DONUT 1652 West Texas Street Fairfield CAUS | | -8.35 | 13.49 |
| | 01/27 | Point of Sale (POS) 427048 LA CHARRITA MEX 1470 W TEXAS FAIRFIELD CAUS | | -1.99 | 11.50 |
| | 01/29 | Point of Sale (POS) MARINA LOUNGE 700 MAIN ST SUITE 106 SUISUN CITY CAUS | | -13.01 | -1.51 |
| | 01/29 | Transfer to Checking 569672 TFR FROM SHARES 680360- 0 MARINA LOUNGE 700 MAIN ST SUITE 106 SUISUN CITY CAUS | 1.51 | | 0.00 |
| | 01/30 | Electronic Transaction ACH DEPOSIT: SSI TREAS 310 DESC:XXSUPP SEC | 243.94 | | 243.94 |
| | 01/30 | Withdrawal 701392 WELLS FARGO BANK Suisun City CAUS | | -203.00 | 40.94 |
| | 01/30 | ATM TRANSACTION FEE | | -1.75 | 39.19 |
| | 01/31 | Electronic Transaction ACH DEPOSIT: SSA TREAS 310 DESC:XXSOC SEC | 959.00 | | 998.19 |
| | 01/31 | Withdrawal 778255 WELLS FARGO BANK Suisun City CAUS | | -503.00 | 495.19 |
| | 01/31 | ATM TRANSACTION FEE | | -1.75 | 493.44 |

| | | |
|---|---|---|
| | **Ending Balance** | **$493.44** |
| Total Deposits | $7,616.16 | **Average Daily Balance** | **$284.76** |
| Total Withdrawals | $7,125.04 | Maintenance Charges | $0.00 |

### CHECKS CLEARED
Total Number of Checks Paid: 1   Total Checks Cleared: $151.47

| Check # | Amount | Trace # | Check # | Amount | Trace # | Check # | Amount | Trace # |
|---------|--------|---------|---------|--------|---------|---------|--------|---------|
| 0 | 151.47 | | | | | | | |

## MONEY MARKET PLUS - Suffix: 15

YTD Interest Earned: $31.54                     Beginning Balance     $0.00



**Patelco Credit Union**, PO Box 2227 Merced, CA 95344-0227
If you have questions, need to determine whether a preauthorized electronic fund transfer occurred, or find errors on your statement,
call **800.358.8228** or send a secure email at patelco.org/contact-us

NMLS# 506373

## MONEY MARKET PLUS - Suffix: 15 (continued)

| Post | Eff. | Description | Deposits | Withdrawals | Balance |
|------|------|-------------|----------|-------------|---------|
| | 01/04 | Miscellaneous Transaction | 50,000.00 | | 50,000.00 |
| | 01/04 | Miscellaneous Transaction | | -300.00 | 49,700.00 |
| | 01/10 | Miscellaneous Transaction | | -5,000.00 | 44,700.00 |
| | 01/10 | Miscellaneous Transaction  TFR TO SHARES 680360-10 | | -5,000.00 | 39,700.00 |
| | 01/11 | Miscellaneous Transaction | | -16,015.00 | 23,685.00 |
| | 01/11 | Miscellaneous Transaction | | -5,000.00 | 18,685.00 |
| | 01/12 | Miscellaneous Transaction | | -5,000.00 | 13,685.00 |
| | 01/12 | OUTGOING WIRE | | -10,000.00 | 3,685.00 |
| | 01/12 | WIRE FEE 43882 | | -20.00 | 3,665.00 |
| | 01/16 | TFR TO SHARES 680360-10 | | -500.00 | 3,165.00 |
| | 01/16 | TFR TO SHARES 680360- 0 | | -165.00 | 3,000.00 |
| | 01/20 | Miscellaneous Transaction | | -2,000.00 | 1,000.00 |
| | 01/25 | TFR TO SHARES 680360- 0 | | -300.00 | 700.00 |
| | 01/25 | TFR TO SHARES 680360-10 | | -300.00 | 400.00 |
| | 01/26 | Miscellaneous Transaction | | -360.00 | 40.00 |
| | 01/31 | DIVIDEND | 31.54 | | 71.54 |
| Joint Owner(s): YVONNE M WHITE | | | | Ending Balance | $71.54 |

TRUTH IN SAVINGS DISCLOSURE: For Period 01/04/24 Through 01/31/24

| | Interest Earned | $31.54 | | Annual Percentage Yield Earned | 3.0011% |
|---|---|---|---|---|---|

## 18-23 MONTH CERT - Suffix: 40

| YTD Interest Earned: $150.74 | | | | Beginning Balance | $0.00 |
|------|------|-------------|----------|-------------|---------|
| Post | Eff. | Description | Deposits | Withdrawals | Balance |
| | 01/04 | Miscellaneous Transaction | 50,000.00 | | 50,000.00 |
| | 01/31 | DIVIDEND | 150.74 | | 50,150.74 |
| Joint Owner(s): YVONNE M WHITE | | | | Ending Balance | $50,150.74 |
| | Issue Date | 01/04/24 | | Maturity Date | 07/04/25 |

TRUTH IN SAVINGS DISCLOSURE: For Period 01/04/24 Through 01/31/24

| | Interest Earned | $150.74 | | Annual Percentage Yield Earned | 4.0021% |
|---|---|---|---|---|---|
| | Forfeitures | $0.00 | | Dividend Rate | 3.9300% |

## 2024 YEAR TO DATE TAX SUMMARY

| IRA YTD Dividends | Other YTD Dividends | Total YTD Dividends | State YTD Withholding | Fed. YTD Withholding | Total YTD Forfeitures |
|------------------|---------------------|---------------------|----------------------|---------------------|----------------------|
| $0.00 | $182.28 | $182.28 | $0.00 | $0.00 | $0.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS
Please call us toll-free at 800.358.8228 or write us at Patelco Credit Union, PO Box 2227, Merced, CA 95344-0227 as soon as possible, if you believe there is an error on your statement, receipt or you require additional clarification regarding a transfer appearing on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the alleged error or problem appeared. To better serve you, please provide us with the following information: 1) Your name and account number. 2) Describe the error or the transfer in question and explain as clearly as possible why you believe it is an error or require additional clarification. 3) The dollar amount of the alleged error. We will investigate the alleged error and correct any confirmed error promptly. If we take more than 10 business days to do this, we will credit your account for the error amount and provide the use of the appropriate funds during the time required to complete our investigation.



# Bank live from anywhere

Everything you can do in person with Virtual Branch™

Visit **Patelco.org**

**⑤Patelco**
CREDIT UNION



NCUA
Federally Insured by
NMLS# 506373

**Patelco Credit Union**, PO Box 2227 Merced, CA 95344-0227
If you have questions, need to determine whether a preauthorized electronic fund transfer occurred, or find errors on your statement, call **800.358.8228** or send a secure email at patelco.org/contact-us

# EXHIBIT

# F

Plaintiff's Known Initials
Plaintiff's Vehical / Vessel Trasfer and Reassignment form
w/ Plaintiff's Known Signatures
Documents Plaintiff Signed on Feb 21st - 2024, Known
Signatures, and Known Initials.



**VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM**

INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED

This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISTION NUMBER (DISMANTLER ONLY)

**SECTION 1 — VEHICLE/VESSEL DESCRIPTION**

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| WDDHF5KB5EA862554 | 2014 | mercedes B | | |

**SECTION 2 — BILL OF SALE**

I/We __Carmax__ *PRINT SELLER'S NAME(S)* sell, transfer, and deliver the above vehicle/vessel

to __Carmax__ *PRINT BUYER'S NAME(S)* on | 01 | 05 | 2024 | for the amount of $ _____
MO  DAY  YEAR  (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.) $ _____ (GIFT VALUE)

**SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void if Mutilated, Altered or Erased)**

Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads | 6 | 0 | 6 | 9 | 0 | /10 (no tenths) miles, and to the best of my knowledge reflects the ACTUAL mileage unless one of the following statements is checked.

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is NOT the actual mileage      ☐ Mileage EXCEEDS the odometer mechanical limits

Explain odometer discrepancy: _____

**SECTION 4 — BUYER AND SELLER (MUST hand print his or her name(s) and sign this section.)**

**BUYER'S SECTION**

I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| CarMax A. Godfrey | X | 01 05 24 | 83488 |
| PRINT BUYER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |

BUYER'S MAILING ADDRESS 2455 Auto Mall Pkwy, Fairfield, CA 94533    CITY    STATE    ZIP CODE    DAYTIME TELEPHONE NO.

**SELLER'S SECTION**

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| M. Dipasquale Carmax | X | 01 05 24 | 90817 |
| PRINT SELLER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |

SELLER'S MAILING ADDRESS 44100 Christy St.    CITY Fremont    STATE Ca    ZIP CODE 94538    DAYTIME TELEPHONE NO.

**SECTION 5 — POWER OF ATTORNEY**

I/We _____ *PRINT NAME(S)* appoint _____ *PRINT NAME(S)*

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY    DATE
X

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY    DATE
X

REG 262 (REV. 10/2011)

24-08170



02/21/2024 05:30 pm  1 of 1
DMS Tracking #: 2762076          Reprint #: 0

**DMV**
A Public Service Agency

## APPLICATION FOR REPLACEMENT PLATES, STICKERS, DOCUMENTS

Complete all sections of this form and submit to any DMV office or mail to:
DMV, P.O. Box 942869, Sacramento, CA 94269-0001
**NOTE:** There is a fee to replace most items. If your address has changed, submit the appropriate Change of Address form.
For current fee information, visit www.dmv.ca.gov, or call 1-800-777-0133.

| DL/ID/DL NUMBER | | ☐ CA ☐ O/S |
|---|---|---|
| DL/ID NUMBER (IF PRIOR RDF) | | ☐ CA ☐ O/S |
| NUMBER OF PLATES SURRENDERED | TECHS INITIALS | |
| OFFICE | DATE | ID # |

| VEHICLE LICENSE PLATE/CF NUMBER | MAKE | VEHICLE ID NUMBER/HULL ID NUMBER |
|---|---|---|
| 7DQV193 | MERCEDES-BENZ | WDDHF5KB5EA862554 |

| DISABLED PERSON PLACARD NUMBER | BIRTH DATE, IF DP PLACARD | ENGINE NUMBER (MOTORCYCLES ONLY) |
|---|---|---|
| | | |

| TRUE FULL NAME (LAST, FIRST, MIDDLE) OR BUSINESS NAME | DRIVER LICENSE/ID CARD NUMBER |
|---|---|
| MARSHALL, JEFFREY | A 4 8 8 9 2 9 7 |

| CO-OWNER TRUE FULL NAME (LAST, FIRST, MIDDLE) | DRIVER LICENSE/ID CARD NUMBER |
|---|---|
| | |

PHYSICAL RESIDENCE OR BUSINESS ADDRESS (INCLUDE ST, AVE, RD, CT, ETC.) APT/SPACE/STE. #    CITY    STATE    ZIP CODE
322 MERGANSER DR 102 SUISUN CITY, CA 94585

COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE/VESSEL IS PRIMARILY GARAGED

MAILING ADDRESS (IF DIFFERENT FROM PHYSICAL ABOVE)    APT/SPACE/STE. #    CITY    STATE    ZIP CODE

**NOTE:** For replacement of missing License Plate, License Sticker, or Disabled Person Placard, if the original item is later located or received, the original item is no longer valid and must be destroyed or returned to DMV.

| ☒ License Plates | ☐ Vessel (Boat) Year Sticker | ☐ Disabled Person Placard | ☐ PFR Sticker |
|---|---|---|---|
| ☒ Registration Card | ☐ Vessel Certificate of Number | ☐ Disabled Person ID Card | ☐ CVRA Weight Decal |
| ☒ Year ☒ Month Sticker | ☐ Vessel Mussel Sticker | ☐ Planned Non-Operation (PNO) Card | ☐ CVRA Year Sticker |
| | | | ☐ Trailer or OHV ID Card |

| ☐ Lost    ☐ Stolen    ☐ Destroyed/Mutilated (remnants/remains of the plate(s) must be surrendered to DMV) |
|---|
| ☐ Not Received from DMV (Allow 30 days from issue date before reapplying)    ☒ Not Received from Prior Owner |
| ☐ Surrendered  —  Number of plates surrendered to DMV  ☐ One  ☐ Two |
| ☐ Special Plates were Retained by Owner (Personalized, Disabled Person, Disabled Veteran) |
| ☐ Requesting Registration Card with Current Address |
| ☐ Per CVC §4467 — Copy of a police report, court documentation, or other law enforcement documentation required. |
| ☐ Other – Explain: |

If the license plate(s) were stolen or missing and your address is different from the department's records, then you must appear in person at a DMV office and bring the following items: 1) An original or photocopy of proof of ownership (i.e., Certificate of Title, Registration Card, or Registration Renewal Notice); 2) Your Driver License or Identification Card; 3) If stolen, a copy of the police report stating the license plate(s) were stolen is required; 4) If duplicate license plates have been issued within the last 90 days, a CHP verification of the vehicle identification number (VIN) is required.

Check appropriate box:
☐ One license plate missing (automobiles/two-plate commercial vehicles/pick-ups only). The remaining plate must be surrendered to DMV.
☐ Two license plates are missing or one license plate is missing for a single-plate commercial truck tractor, motorcycle, or trailer. The registered owner must immediately notify a law enforcement agency (e.g., police or sheriff's dept., CHP, etc.).

The registered owner mailing address is valid, existing, and an accurate mailing address. I consent to receive service of process at this mailing address pursuant to CVC §§1808.21, Code of Civil Procedure §§415.21(b), 415.30(a), and 416.90.
**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| PRINT TRUE FULL NAME | TITLE IF SIGNING FOR COMPANY | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| Marshall Jeffrey | | ( ) |

| SIGNATURE OF REGISTERED OWNER | | DATE |
|---|---|---|
| X | | 2-21-24 |

REG 156 (REV. 8/2017) WWW

**MUST COMPLETE VEHICLE INFORMATION BELOW:**

| VEHICLE IDENTIFICATION NUMBER | VEHICLE MAKE | YEAR MODEL |
|---|---|---|
| W D D H F 5 K B 5 E A 8 6 2 5 5 4 | MERCEDES-BENZ | 2014 |

DATE VEHICLE ENTERED OR WILL ENTER CALIFORNIA (CA):

Month _____ Day _____ Year _____

*If vehicle was previously registered in CA, then registered or located out-of-state and has now returned to CA, enter most recent date vehicle entered CA. If you did not own vehicle at time of entry, check this box:* ☒

DATE VEHICLE FIRST OPERATED IN CALIFORNIA:

Month _____ Day _____ Year _____

*Or enter date vehicle will be operated, if it has not been operated yet.*

DATE YOU WENT TO WORK IN CALIFORNIA, OBTAINED A CA DRIVER LICENSE, OR BECAME A RESIDENT:

Month _____ Day _____ Year _____

*Enter the date whichever occurred first. If you have been a resident since birth, enter date of birth. If you are not a CA resident, check this box:* ☐

DATE VEHICLE WAS PURCHASED OR ACQUIRED:

Month 02   Day 21   Year 2024

AND WAS (CHECK BOX): ☐ New ☒ Used

AND WAS PURCHASED (CHECK BOX): ☒ Inside CA ☐ Outside CA

**NOTE:** The total cost or value of the vehicle must include the cost of the basic vehicle, value of any trade-in, and all accessories and leased equipment permanently attached. Cost does not include sales tax, insurance, finance charges, or warranty.

MUST CHECK ONE BOX ONLY, AND ENTER REQUIRED INFORMATION FOR THAT ONE BOX:

☒ PURCHASE – I purchased the vehicle for the price of $ 17,998.00

☐ GIFT – I acquired the vehicle as a gift. Its current market value is $ _____
A Statement of Facts (REG 256) form must be completed.

☐ TRADE – I acquired the vehicle as a trade. Its value when I acquired it was $ _____

VEHICLE WAS PURCHASED OR ACQUIRED FROM:

☒ Dealer ☐ Private Party ☐ Dismantler

☐ Immediate Family Member – State Relationship:

FOR ALL VEHICLES:

Since purchasing or acquiring this vehicle, were any body type modifications, additions and/or alterations (e.g., changing from pickup to utility, etc.) made to this vehicle? *If yes, a Statement of Construction (REG 5036) form must be completed.* ☐ Yes ☒ No

FOR REVIVED JUNK OR REVIVED SALVAGE VEHICLES:

The cost of the vehicle must include the labor cost, whether or not the labor was provided or done by you. The total cost of the vehicle including labor is $ _____

For vehicles which enter the state within 1 year of purchase, was Sales Tax paid to another state? ☒ N/A ☐ Yes ☐ No

If yes, enter amount of tax paid $ _____ (this amount will be credited toward any Use Tax in CA.) If your vehicle was last registered in another state, you may be eligible for a Use Tax exemption. For more information, contact the CA Department of Tax and Fee Administration (www.cdtfa.ca.gov).

For commercial vehicles (including pickups), this vehicle was last registered as a: ☐ Commercial Vehicle ☐ Non-commercial Automobile in the last state of registration.

DISPOSITION OF OUT-OF-STATE PLATES:

The plates will not be affixed to any vehicle at any time, unless the vehicle is "Dual Registered" in both states. The plates are:

☐ Expired, or will be or were:

☒ Surrendered to CA DMV ☐ Destroyed ☐ Retained ☐ Returned to the motor vehicle department of the state of issuance.

Are you or your spouse on active duty as a member of the U.S. Uniformed Services? ☐ Yes ☐ No
If yes, you may qualify for an exemption. Refer to Nonresident Military (NRM) Vehicle License Fee Exemption (REG 5045) form.

When this vehicle was last licensed, were you or your spouse on active duty as a member of the U.S. Uniformed Services? ☐ Yes ☐ No
If yes, in what state or country were you or your spouse stationed? _____

The signature for a company or business MUST include the printed name of the company/business and an authorized representative's countersignature on the signature line (e.g., ABC CO. by JOHN SMITH or JOHN SMITH for ABC CO.).

The registered owner mailing address is valid, existing, and an accurate mailing address. I consent to receive service of process at this mailing address pursuant to CVC §1808.21.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINTED NAME | OWNER'S SIGNATURE | DATE | DAYTIME TELEPHONE NUMBER |
|---|---|---|---|
| JEFFREY MARSHALL | X *Jeffrey Marshall* | 02/21/2024 | ( ) |
| PRINTED NAME | CO-OWNER'S SIGNATURE | DATE | DAYTIME TELEPHONE NUMBER |
| | X | | ( ) |
| PRINTED NAME | CO-OWNER'S SIGNATURE | DATE | DAYTIME TELEPHONE NUMBER |
| | X | | ( ) |

REG 343 (REV. 4/2021) CORRECTED WWW

# CARMAX®    __Prior Use Disclosure__

DMS Tracking #: 2762071    Reprint #: 0

02/21/2024 05:50 pm  1 of 1

Buyer:  JEFFREY MARSHALL

Co-Buyer:

Year  2014    Make  MERCEDES-BENZ    Model  E350    VIN  WDDHF5KB5EA862554

Stock No:  25305815

I / We acknowledge the above vehicle's prior use, as known at the time of delivery, as:

**LEASED VEHICLE**          This vehicle was previously leased by a consumer for personal use.

I / We also acknowledge that additional information may be contained in the AutoCheck® vehicle history report for the above vehicle, which I / we have received and understand.

Buyer's Signature:                                Date:  02/21/2024

Co-Buyer's Signature:                            Date:

PFF829
Order # 557031
Revision Date 4/09

**carmax.com**

MIS ID 1027008
Legal - MA

Deal #:
Cust #: BH

STATE OF CALIFORNIA

**DMV**
Department of Motor Vehicles

Stock #: 25305815
Fees Col:

## REPORT OF SALE—USED VEHICLE

59465480

**FOR DEPARTMENT USE ONLY** _____

CASHIER DATE LINE STAMP

| DATE SOLD (MO./DAY/YR.) | DATE OPERATED (MO./DAY/YR.) | COST | NRM/IND | TEMPORARY LICENSE PLATE NUMBER |
|---|---|---|---|---|
| 02/21/2024 | 02/21/2024 | 17998.00 | | CV04S49 |

| MAKE | YEAR | MODEL | BODY TYPE | MOTIVE POWER | NUMBER OF AXLES | UNLADEN WEIGHT |
|---|---|---|---|---|---|---|
| MERZ | 2014 | E350 | SD | G | 2 | |

| VEHICLE IDENTIFICATION NUMBER | MOTORCYCLE ENGINE NUMBER OR ADDITIONAL IDENTIFICATION NUMBER |
|---|---|
| WDDHF5KB5EA862554 | |

| LAST REGISTERED IN STATE OF | YEAR REGISTERED | LICENSE PLATE NUMBER | GVWR (PICKUPS ONLY) |
|---|---|---|---|
| | | | |

| IF REVIVED JUNK OR SALVAGE—DISMANTLER NOTICE OF ACQUISITION NUMBER | COUNTY OF RESIDENCE |
|---|---|
| | SOLANO |

| SOLD TO: PRINT TRUE FULL NAME AS IT APPEARS ON THE DRIVER LICENSE OR ID CARD IN THE ORDER SHOWN BELOW | | DRIVER LICENSE/ID CARD NO. |
|---|---|---|
| (1) MARSHALL JEFFREY | | A4889297 |

| | LAST | FIRST | MIDDLE | SUFFIX | DRIVER LICENSE/ID CARD NO. |
|---|---|---|---|---|---|
| AND ☐ OR ☐ (2) | | | | | |

| BUSINESS OR RESIDENCE ADDRESS | APT./STE. NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 322 MERGANSER DR APT 102 | | SUISUN CITY | CA | 94585 |

| MAILING ADDRESS—IF DIFFERENT FROM ABOVE OR LOCATION (FOR TRAILER COACH/VESSEL) | APT./STE. NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

| DEALER'S NAME | SIGNATURE OF AUTHORIZED AGENT |
|---|---|
| CARMAX - FAIRFIELD | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2955 AUTO MALL PARKWAY | FAIRFIELD | CA | 94533 |

| DEALER'S NUMBER | SELLER'S PERMIT NUMBER | SALESPERSON'S NUMBER (IF OWNER, WRITE "OWNER") |
|---|---|---|
| 83488 | 100-471619 | S937011 |

| SIGNATURE OF PURCHASER(S) | |
|---|---|
| (1) X | (2) X |

## REMINDERS TO PERSONS PREPARING THIS REPORT

1. Purchaser(s) must sign Report of Sale.

2. Make sure Used Vehicle Dealer Notice/Temporary Identification is affixed to the vehicle before delivery.

3. Vehicles must have two license plates affixed (except motorcycles and trailers). If one or both license plates are damaged or missing, temporary license plates (TLPs) must be issued. TLPs must be securely attached to the vehicle using all four perforations in the corners of the TLP paper before the vehicle leaves the dealership. TLPs must be affixed to the vehicle in a manner that will prevent swinging and flapping.

— DMV Copy —

REG 51 (REV. 10/2022) UH

STATE OF CALIFORNIA
**DMV**
Department of Motor Vehicles

Reprint #: 0    DMS Tracking #: 2762074    02/21/2024 08:50 pm 2 of 2

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISITION NUMBER (DISMANTLER ONLY)

**VEHICLE/VESSEL ID**

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| W D D H F 5 K B 5 E A 8 6 2 5 5 4 | 2014 E350 | MERCEDES-B | 7DQV193 | |

**BILL OF SALE**

I/We  CarMax Auto Superstores, Inc.
PRINT SELLER'S NAME(S)
sell, transfer, and deliver the above vehicle/vessel

to  JEFFREY MARSHALL    on  02 / 21 / 2 0 2 4    for the amount of  $ 17,998.00
PRINT BUYER'S NAME(S)         MO   DAY    YEAR                    (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.)    $ _____ (GIFT VALUE)

**ODOMETER**

Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads  6 0 6 9 9 | 10th (no tenths) miles, and to the best of my knowledge reflects the **ACTUAL** mileage unless one of the following statements is checked.

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage      ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

**BUYER'S SECTION**

**BUYER**

I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Jeffrey Marshall | X Jeffrey Marshall | 02/21/2024 | A 4 8 8 9 2 9 7 |
| PRINT BUYER'S NAME | X | | |
| PRINT BUYER'S NAME | X | | |

| BUYER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 322 MERGANSER DR, Apt. 102 | SUISUN CITY | CA | 94585 | |

**SELLER'S SECTION**

**SELLER**

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| CarMax Auto Superstores, Inc. | X B. Hunter | 02/21/2024 | 83488 |
| PRINT SELLER'S NAME | X | | |
| PRINT SELLER'S NAME | X | | |

| SELLER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 2955 AUTO MALL PARKWAY | FAIRFIELD | CA | 94533 | (707) 430-0359 |

**POWER OF ATTORNEY**

I/We  JEFFREY MARSHALL    appoint  CarMax Auto Superstores, Inc.
PRINT NAME(S)                                    PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X Jeffrey Marshall | 02/21/2024 |
| X | |

REG 262 (REV. 10/2011)

| Name: MARSHALL JEFFREY | |
|---|---|
| Vehicle: 2014 MERCEDES-BENZ E350 GRAY | Mileage _____ |

Concerns: 1. REAR SPOILER IS LOOSE

2. TIP

[2]

[ ] Vehicle received without face to face contact with customer

**VEHICLE CONDITION**

On the diagrams below note major dents, scratches or defects to the customer's vehicle before any work begins.

## LIMITED WARRANTY

### ALL PARTS AND SERVICES

CarMax warrants that all services and repairs conducted at its store locations will be free from defects in materials and workmanship for a period of 12 months or 12,000 miles, whichever comes first, from the date of the repair purchase. Any mechanical problem covered by this warranty shall be repaired by adjustment, replacement, or repair of the part(s) and the labor required to make the repair. The warranty repairs shall be performed by a CarMax facility or a third party selected by CarMax to make such repairs, as determined by CarMax in its sole discretion. This warranty extends to the original customer only, and the repair invoice must be presented by the original customer at the time a warranty repair is requested. Some parts, such as shocks, tires, mufflers and batteries, may have additional coverage under the manufacturer's warranty.

### WARRANTY LIMITATIONS

This warranty is not transferable and does not apply as follows:
a. To any vehicle used for commercial purposes;
b. To problems resulting from work performed by repair facilities other than CarMax;
c. When customer fails to have services or repairs performed which are recommended for satisfactory performance of the covered parts or services;
d. When the repair is required due to neglect or abuse in the operation of the vehicle; or
e. When the repair is required due to accident, fire, theft or vandalism.

THIS IS THE ONLY EXPRESS WARRANTY MADE BY CARMAX. NO OTHER WARRANTY OF ANY KIND IS MADE UNLESS EXPRESSLY PROVIDED HEREIN. ANY AND ALL IMPLIED WARRANTIES APPLICABLE TO THE PRODUCTS AND SERVICES WARRANTED HEREUNDER, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE DURATION OF THIS WRITTEN LIMITED WARRANTY. To the extent permitted by applicable law, CarMax shall not be liable for any damages relating to loss of use of the products, loss of time, inconvenience or commercial loss, or any other incidental or consequential damages.

SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS OR EXCLUSIONS OR LIMITATIONS ON RELIEF SUCH AS INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

### CALIFORNIA RESIDENTS ONLY - OTHER WARRANTY TERMS AND STATE LAW RIGHTS

**A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. This warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expired until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to the deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.**

Prior written or oral statements, negotiations, communications or representations regarding warranties have been merged into or superseded by this writing, and if not included in this writing, they shall not be binding. This is the total agreement about any and all warranties relating to the products and services warranted hereunder.

### WARRANTY REPAIR PROCEDURE

If you experience a problem covered by this limited warranty, contact the local CarMax Service Center that performed the repairs. If this is not possible, contact the CarMax Service Center nearest you. To obtain information on this limited warranty or the locations of CarMax Service Centers, please contact CarMax at 7074300359 . Please have your invoice number available. It is 130248. CarMax will schedule your warranty repairs as soon as possible. You will then need to take your vehicle in for the warranty repair work to be performed.

TERMS OF THIS REPAIR: I authorize CarMax employees to operate the vehicle on public roads for the purpose of testing/inspecting my vehicle. To the extent permitted by law, CarMax disclaims liability for loss or damage to the vehicle due to lack of antifreeze. I understand that a storage fee of $10.00 per day will be charged if the vehicle is not picked up within 3 business days of the date of CarMax's notification that the repair work has been completed or the date I request that no work be performed. I further understand that a bailment relationship is not created between CarMax and me in connection with the servicing and/or repair of the vehicle. I also understand that to the extent permitted by applicable law, CarMax is not responsible for any articles, personal property or other items left in the vehicle. All items left in the vehicle are done so at my own risk, and I can not hold CarMax liable for any loss of or damage to such items. I authorize that the repair work set forth herein and all subsequently authorized revised estimates be performed by CarMax, including furnishing all parts or other materials which are necessary for such repair. If I decide not to have the above repairs performed, I agree to pay for (1) the cost of repairs completed that were authorized; (2) the cost of diagnostic work and teardown; (3) the cost of parts and labor to replace items destroyed by the teardown; and (4) the cost to reassemble any components of the vehicle.

Additional Concerns: _____

[d_afs_back_ca 11/2020]

# EXHIBIT

G

Carmax credit application - Dated 02/21/2024
or   12/23/2025
jim'

# CARMAX CREDIT APPLICATION

Before completing this form please read the directions carefully.

**DEALER'S NAME** CarMax Auto Superstores, Inc.

(Check appropriate box)
California Residents: A married applicant may apply for an individual account.

- [X] If you are applying for individual credit and relying on your own assets and income, please complete Section A only.
- [ ] If you are relying on income or assets of another person to guarantee repayment of your debt, complete Section A and B.
- [ ] If this is a joint credit application, please complete Sections A and B.

7204520

## A. APPLICANT'S INFORMATION

| PRINT FULL LEGAL NAME | FIRST | MIDDLE | LAST | SUFFIX | SOCIAL SECURITY NUMBER | DATE OF BIRTH | PHONE NO. |
|---|---|---|---|---|---|---|---|
| | JEFFREY | | MARSHALL | | 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 | 01/07/1961 | (707) 419-1274 |

| PRESENT HOME ADDRESS | NUMBER AND STREET/APT # | | CITY | STATE | ZIP CODE | LIVED THERE |
|---|---|---|---|---|---|---|
| | 322 MERGANSER DR. Apt.102 | | SUISUN CITY | CA | 94585 | YEARS 34   MONTHS 08 |

| | MORT.PYMT. OR RENT | | INCOME* | | BASIS: | | |
|---|---|---|---|---|---|---|---|
| RENT/LEASE [X] | $1,180.00 | | $5,000.00 | ANNUAL [ ] | GROSS [X] | SEMI-MONTHLY [ ] | BI-MONTHLY [ ] |
| OWN [ ] | | | | SEMI-ANNUAL [ ] | NET [ ] | WEEKLY [X] | |
| LIVE WITH OTHERS [ ] | | | | QUARTERLY [ ] | | | |
| OTHER [ ] | | | | MONTHLY [ ] | | | |

| EMPLOYED BY | NAME OF EMPLOYER | BUSINESS PHONE NUMBER | POSITION | HOW LONG |
|---|---|---|---|---|
| SELF [X] OTHERS [ ] RETIRED [ ] | JEFFREYS GARDEN LAND | (707) 419-1274 | OWNER | YEARS 13   MONTHS 09 |

| NAME AND ADDRESS OF A PERSONAL REFERENCE NOT LIVING WITH YOU | NAME | STREET ADDRESS | CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |

| TYPE/SOURCE OF OTHER INCOME* | ADDITIONAL INCOME | BASIS: | ANNUAL [ ] | QUARTERLY [ ] | SEMI-MONTHLY [ ] | WEEKLY [ ] | *Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation. |
|---|---|---|---|---|---|---|---|
| SSD | $1,500.00 | GROSS [X]  NET [ ] | SEMI-ANNUAL [ ] | MONTHLY [X] | BI-WEEKLY [ ] | | |

## B. JOINT APPLICANT'S INFORMATION

| PRINT FULL LEGAL NAME | FIRST | MIDDLE | LAST | SUFFIX | SOCIAL SECURITY NUMBER | DATE OF BIRTH | PHONE NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| PRESENT HOME ADDRESS | NUMBER AND STREET/APT # | | CITY | STATE | ZIP CODE | LIVED THERE |
|---|---|---|---|---|---|---|
| | | | | | | YEARS   MONTHS |

| | MORT.PYMT. OR RENT | | INCOME* | | BASIS: | | |
|---|---|---|---|---|---|---|---|
| RENT/LEASE [ ] | $ | | $ | ANNUAL [ ] | GROSS [ ] | SEMI-MONTHLY [ ] | BI-WEEKLY [ ] |
| OWN [ ] | | | | SEMI-ANNUAL [ ] | NET [ ] | WEEKLY [ ] | |
| LIVE WITH PARENTS [ ] | | | | QUARTERLY [ ] | | | |
| OTHER [ ] | | | | MONTHLY [ ] | | | |

| EMPLOYED BY | NAME OF EMPLOYER | BUSINESS PHONE NUMBER | POSITION | HOW LONG |
|---|---|---|---|---|
| SELF [ ] OTHERS [ ] RETIRED [ ] | | | | YEARS   MONTHS |

| NAME AND ADDRESS OF A PERSONAL REFERENCE NOT LIVING WITH YOU | NAME | STREET ADDRESS | CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |

| TYPE/SOURCE OF OTHER INCOME* | ADDITIONAL INCOME | BASIS: | ANNUAL [ ] | QUARTERLY [ ] | SEMI-MONTHLY [ ] | WEEKLY [ ] | *Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation. |
|---|---|---|---|---|---|---|---|
| | $ | GROSS [ ]  NET [ ] | SEMI-ANNUAL [ ] | MONTHLY [ ] | BI-WEEKLY [ ] | | |

## VEHICLE INFORMATION

| YEAR 2014 | MAKE MERCEDES-BEN | MODEL E350 | | | | |
|---|---|---|---|---|---|---|
| | | BODY STYLE 4D SEDAN | | VIN WDDHFSKB5EA862554 | | MILEAGE 60,699 |
| CASH PRICE | $19,999.90 | DOWN PAYMENT $8,500.00 | "TRADE IN" CREDIT $0.00 | AMOUNT FINANCED $11,499.90 | | |

I represent that the information in this credit application is complete and accurate in all respects. I authorize CarMax to forward this application to any financial institution that may purchase a resulting sales finance contract. I also authorize CarMax and the financial institutions to gather whatever information from whatever source it considers necessary and appropriate. This includes, among other things, verifying income and employment information, and obtaining consumer credit reports from consumer reporting agencies. I understand that this means multiple financial institutions will separately obtain and review consumer credit reports about me. This authorization is for this transaction only, but I understand that this application may be submitted more than once. Ohio Customers: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

JEFFREY MARSHALL
_____
Applicant

02/21/2024
_____
Date

_____
Co-Applicant

_____
Date

We intend to apply for joint credit.

Applicant _____

Co-Applicant _____

(11/19)

||||||||||||| (barcode)

02/21/2024 05:50 PM
DMS Tracking #: 2762079
Order #:     557031

MB ID: 100000
Reprint #: 0

PFF86G

# EXHIBIT

Nuber of car payments made through September 2025
From April 8th 2024. gm

12/23/2025

 **Exeter**

PO Box 166008 // Irving, TX 75016

ılıllıılıılıllıllıllıllılılıllılıllılılıllılıllılılı
303, 329-0007476 #0Y9, 03: ------ 836878

JEFFREY MARSHALL
1243 MAYFIELD CIR
SUISUN CITY, CA 94585-3708

**Your Monthly Statement**
**As of: 10/05/2025**

### NOW DUE

| | |
|---|---|
| Pay this amount: | $1,561.24 |
| By: | 10/20/2025 |

Any past due amount is due immediately

### ABOUT YOUR CONTRACT

| | |
|---|---|
| Contract #: | 1524679 |
| Year/Make/Model: | 2014 MERCEDES E350 |
| Vehicle Identification Number: | WDDHF5KB5EA862554 |
| Monthly Payment Amount: | $340.08 |
| Outstanding Balance*: | $11,541.25 |
| Maturity Date: | 09/20/2029 |

*Not the payoff amount. Log into MyAccount or call to get a payoff quote.

For complete details, see your retail installment contract.

### PAYMENT SUMMARY

| | |
|---|---|
| Amount Past Due | $675.16 |
| Payment Due - September 2025 | $340.08 |
| Payment Due - August 2025 | $335.08 |
| Late charges unpaid | $51.00 |
| Other fees and charges unpaid | $495.00 |
| Current payment due | $340.08 |
| **Total amount due** | **$1,561.24** |

### RECENT ACCOUNT ACTIVITY

| PROCESS DATE | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | LATE FEES | OTHER FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 10/02/2025 | 10/02/2025 | Payment Received | | -$340.08 | | | -$340.08 |
| 10/02/2025 | 10/02/2025 | Payment Received | | -$5.00 | | | -$5.00 |
| 09/30/2025 | 09/30/2025 | Late Fee Assessed | | | $17.00 | | $17.00 |

For allocation of payment rules, see the Other Important Information section

## CONVENIENCE AT YOUR FINGERTIPS
Payment options that make your life easier

| 7 P.M. CT PAYMENT CUTOFF TIME | 8 P.M. CT PAYMENT CUTOFF TIME | PHONE/MAIL PAYMENTS | SCAN FOR EASY MYACCOUNT ACCESS |
|---|---|---|---|
| CHECKING/SAVINGS ACCT. | MONEYGRAM |  If payments are received after the cutoff time, they will be processed the next business day. |  Payments could take up to 48 hours to reflect in your account. |
| DEBIT/ATM CARD | WU WESTERN UNION | PROCESSED AS THEY ARE RECEIVED | |

˅  Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.  ˅

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PAYMENT COUPON

JEFFREY MARSHALL
1243 MAYFIELD CIR
SUISUN CITY, CA 94585-3708

| CONTRACT #: | TOTAL DUE: | TOTAL DUE BY: |
|---|---|---|
| 1524679 | $1,561.24 | 10/20/2025 |

☐ Yes, sign me up for AutoPay. My completed authorization is on the back.

☐ My contact information has changed:

Street Address _____

City, State, ZIP _____

Phone # _____

Mobile # _____

Permission to call this mobile number?  ☐ Yes  ☐ No

**Amount Enclosed $** _____ •

Exeter Finance LLC
PO BOX 650598
DALLAS, TX 75265-0598

ılıllıılıılıllıllılılllıllılılllıllılıllıllılılıllılıl

Ь8О6Ь81120515246791001000340О8001561245

main

| Process Date | Description | Total Amount Paid | Interest Amount | Principal Amount | Late Fee Amount | Other Fee Amount | Over Payment Amount | Principal Balance Amount |
|---|---|---|---|---|---|---|---|---|
| 04/08/24 | Payment Received | $340.08 | $340.08 | - | | | | $11,499.90 |
| 05/16/24 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,499.90 |
| 06/11/24 | Payment Received | $357.08 | $357.08 | - | | | | $11,499.90 |
| 06/16/24 | Late Fee Assessed | - | - | - | ($16.15) | | - | $11,499.90 |
| 06/24/24 | Late Fee Waived | - | - | - | $17.00 | | - | $11,499.90 |
| 06/24/24 | Late Fee Waived | - | - | - | $16.15 | | - | $11,499.90 |
| 06/28/24 | Payment Received | $340.08 | $340.08 | - | | | | $11,499.90 |
| 07/01/24 | Payment Received | $340.08 | $340.08 | - | | | | $11,499.90 |
| 07/01/24 | Payment Reversed | ($340.08) | ($340.08) | - | | | | $11,499.90 |
| 07/30/24 | Late Fee Assessed | - | - | - | ($16.15) | | - | $11,499.90 |
| 08/30/24 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,499.90 |
| 09/30/24 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,499.90 |
| 10/11/24 | Payment Received | $340.08 | $340.08 | - | | | | $11,499.90 |
| 10/30/24 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,499.90 |
| 11/30/24 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,499.90 |
| 12/04/24 | Payment Received | $340.08 | $340.08 | - | | | | $11,499.90 |
| 12/11/24 | Payment Received | $340.08 | $340.08 | - | | | | $11,499.90 |
| 12/26/24 | Payment Received | $680.16 | $565.87 | $114.29 | | | | $11,385.61 |
| 12/30/24 | Late Fee Assessed | - | - | - | ($16.15) | | - | $11,385.61 |
| 01/30/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,385.61 |
| 02/22/25 | Payment Received | $340.08 | $340.08 | - | | | | $11,385.61 |
| 03/02/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,385.61 |
| 03/30/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,385.61 |
| 04/30/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,385.61 |
| 05/15/25 | Repossession Fee Assessed | - | - | - | | ($495.00) | - | $11,385.61 |
| 05/30/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $11,385.61 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $16.15 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $16.15 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Payment Received | $1,683.40 | $1,016.77 | $666.63 | | | | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/05/25 | Late Fee Waived | - | - | - | $17.00 | | - | $10,718.98 |
| 06/24/25 | Payment Received | $340.08 | $150.76 | $189.32 | | | | $10,529.66 |
| 07/30/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $10,529.66 |
| 08/30/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $10,529.66 |
| 09/30/25 | Late Fee Assessed | - | - | - | ($17.00) | | - | $10,529.66 |
| 10/02/25 | Payment Received | $5.00 | $5.00 | - | | | | $10,529.66 |
| 10/02/25 | Payment Received | $340.08 | $340.08 | - | | | | $10,529.66 |

NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

**✕ Exeter**

PO Box 166008 // Irving, TX 75016

**Your Monthly Statement**
**As of: 07/05/2025**

**NOW DUE**

| Pay this amount: | $835.08 |
|---|---|
| By: | 07/20/2025 |

Any past due amount is due immediately

## RECENT ACTIVITY (CONT.)

| PROCESS DATE | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | LATE FEES | OTHER FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 06/05/2025 | 06/05/2025 | Late Fee Waived | | | -$16.15 | | -$16.15 |
| 06/05/2025 | 06/05/2025 | Late Fee Waived | | | -$17.00 | | -$17.00 |
| 06/05/2025 | 06/05/2025 | Late Fee Waived | | | -$17.00 | | -$17.00 |
| 06/05/2025 | 06/05/2025 | Late Fee Waived | | | -$17.00 | | -$17.00 |
| 06/05/2025 | 06/05/2025 | Late Fee Waived | | | -$17.00 | | -$17.00 |
| 06/05/2025 | 06/05/2025 | Late Fee Waived | | | -$17.00 | | -$17.00 |
| 05/30/2025 | 05/30/2025 | Late Fee Assessed | | | $17.00 | | $17.00 |
| 05/15/2025 | 05/14/2025 | Repossession Fee Assessed | | | | $495.00 | $495.00 |

# Ξxeter·

**Statement of Account**
**10/02/2025**

PO Box 166008 // Irving, TX 75016

**JEFFREY MARSHALL**
**1243 MAYFIELD CIR**
**SUISUN CITY, CA, 94585**

| | |
|---|---|
| **Account Number:** | **1524679** |
| **Beginning Principal Balance:** | **$11,499.90** |
| Outstanding Principal: | $10,529.66 |
| Outstanding Interest: | $434.41 |
| Outstanding Fees: | $546.00 |
| **Total Outstanding Balance:** | **$11,510.07** |

 **Exeter**

November 17, 2025

Jeffrey Marshall
1243 Mayfield Circle
Suisan City, CA 94585

RE: Account 1524679

Dear Jeffrey Marshall,

Please allow this letter to serve as the response from Exeter Finance LLC ("Exeter") with respect to your letter that was received by our office on October 28, 2025. Exeter would like to thank you for the opportunity to address your concerns outlined in the complaint. Exeter's success is based on customer satisfaction with our products and services, so the issues presented in this complaint are taken seriously and every effort is made to provide a prompt and equitable response. Exeter has thoroughly investigated your complaint and made the following determination.

Exeter has now fielded multiple complaints from you, relating to the servicing of your finance account with Exeter ("Account"). We initially responded to your complaint regarding the same/similar issues on October 13, 2025. While Exeter regrets that you are not satisfied with our initial response, as stated in the sent response, we do not communicate or negotiate contract terms with borrowers prior to consummation of the contract between the borrower and the dealer. Regarding the electronic signature, there is an Electronic Disclosure listed on the contract that states by selecting that box you agreed to use electronic records and electronic signatures to document this contract. All required information regarding the terms of the contract were disclosed as required by law and the signed contract shows all parties agreed with the terms and conditions stated.

In reference to your hired attorney as stated in the response sent September 8, 2025, please have them send Exeter a letter of representation. This information can be provided via email, fax, or mail.

Email: CustomerService@exeterfinance.com
Fax: (469) 713-2485
Mail:
Exeter Finance
Attn: Legal Dept.
PO Box 166008
Irving, TX 75016

We included with the previous response a copy of your executed contract and a Statement of Account showing all Account activity through October 2, 2025. Exeter considers these items to be a sufficient validation of the debt. No additional documents will be provided. Please be advised that the Statement of Account is available at any time by logging into MyAccount.ExeterFinance.com.

Considering the absence of any new or additional information in this particular complaint, the complaint will be closed, as it has been satisfactorily addressed in previous correspondences.

We trust that this response answers any questions associated with the complaint. For any questions about these or any other concerns, we encourage you to contact the Office of the President at 877-877-4943.

Sincerely,

Office of the President
Exeter Finance LLC

**✕Exeter**

October 13, 2025

Jeffrey Marshall
1243 Mayfield Circle
Suisan City, CA 94585

RE: Account 1524679

Dear Jeffrey Marshall,

Please allow this letter to serve as the response from Exeter Finance LLC ("Exeter") with respect to your letter that was received by our office on September 24, 2025. Exeter would like to thank you for the opportunity to address your concerns outlined in the complaint. Exeter's success is based on customer satisfaction with our products and services, so the issues presented in this complaint are taken seriously and every effort is made to provide a prompt and equitable response. Exeter has thoroughly investigated your complaint and made the following determination.

On February 21, 2024, you signed a California Retail Installment Contract ("Contract") for the purchase of the 2014 Mercedes-B E350 (VIN# WDDHF5KB5EA862554) ("Vehicle") with CarMax Auto Superstores, Inc. ("Dealer"), which was later assigned to Exeter where it was ascribed an account number of 1524679 ("Account"). The Contract payment schedule provided for 66 monthly payments of $340.08 beginning April 6, 2024.

We do not communicate or negotiate Contract terms with borrowers prior to consummation of the Contract between the borrower and the Dealer. Regarding the electronic signature, there is an Electronic Disclosure listed on the Contract that states by selecting that box you agreed to use electronic records and electronic signatures to document this Contract. All required information regarding the terms of the Contract were disclosed as required by law and the signed Contract shows all parties agreed with the terms and conditions stated.

In reference to your hired attorney as stated in the response sent September 8, 2025, please have them send Exeter a letter of representation. This information can be provided via email, fax, or mail.

Email: CustomerService@exeterfinance.com
Fax: (469) 713-2485
Mail:
Exeter Finance
Attn: Legal Dept.
PO Box 166008
Irving, TX 75016

Included with this response is a copy of your executed Contract and a Statement of Account showing all Account activity through October 2, 2025. Exeter considers these items to be a sufficient validation of the debt. No additional documents will be provided. Please be advised that the Statement of Account is available at any time by logging into MyAccount.ExeterFinance.com.

We trust that this response answers any questions associated with the complaint. For any questions about these or any other concerns, we encourage you to contact the Office of the President at 877-877-4943.

Sincerely,

Office of the President
Exeter Finance LLC