UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

Plaintiff,

v.

CARMAX, INC., et al.,

Defendants.

No. 2:26-cv-00007-TLN-CKD (PS)

ORDER

Plaintiff proceeds without counsel and in forma pauperis. On March 31, 2026, the undersigned issued findings and recommendations recommending this case be dismissed. Plaintiff has requested an extension of time to file objections to the findings and recommendations. (ECF No. 5.)

Good cause appearing, IT IS ORDERED:

1. Plaintiff's request for extension of time (ECF No. 5) is GRANTED; and

2. Plaintiff is granted 30 days from the date of this order to file objections to the findings and recommendations.

Dated: April 27, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mars26cv0007.36obj

1