UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MARSHALL,<br>Plaintiff,<br>v.<br>CARMAX, INC., et al.,<br>Defendants. | No. 2:26-cv-0007-TLN-CKD (PS)<br><br>ORDER |

Plaintiff proceeds without counsel and in forma pauperis. On March 31, 2026, the undersigned issued findings and recommendations recommending this case be dismissed. On April 27, 2026, the undersigned granted plaintiff an extension of time of an additional 30 days from the date of that order to file objections to the findings and recommendations. Plaintiff has filed a motion to amend the complaint and two motions requesting extensions of time to respond in this case and another case. (ECF Nos. 7, 8, 9.) The undersigned construes plaintiff's filings as objecting to the recommendation to dismiss this case. Good cause appearing, plaintiff will be granted an extension of time to file any further objections to the findings and recommendations.

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's motion for 60-day extension of time and motion for extension of time (ECF Nos. 8, 9) are GRANTED.

2. Plaintiff is granted an additional 60 days from the date of this order to file any further objections to the March 31, 2026 findings and recommendations.

Dated: 08/28/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mars26cv0007.36obj2