UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

Plaintiff,

v.

CARMAX, INC., et al.,

Defendants.

No. 2:26-cv-0007-TLN-CKD (PS)

ORDER

Plaintiff proceeds in forma pauperis and without counsel. On March 31, 2026, the undersigned issued findings and recommendations recommending this case be dismissed. The undersigned has granted plaintiff two prior extension of time to file objections to the findings and recommendations. (ECF No. 6, 10.) Plaintiff has recently written to the court asking for a stay of this case until late January 2027. (ECF No. 11.) The court construes the request as a request for a further extension of time and grants the request but cautions plaintiff that further requests for more time for this purpose will require plaintiff to show good cause for extraordinary circumstances outside his control.

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's request (ECF No. 11) is construed as a motion for an extension of time and so construed, is GRANTED.

2. Plaintiff is granted an additional 60 days from the date of this order to file objections to the March 31, 2026, findings and recommendations.
3. Plaintiff is cautioned that further requests for more time for this purpose will not be granted without plaintiff showing good cause for extraordinary circumstances outside his control.

Dated: November 24, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mars26cv0007.36obj3